**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No.:** _____

**PLAINTIFFS:**
Logan Blömqvist
Todd Myers
No fixed address – Safe at Home participants
Phone: (650) 245-5541

**DEFENDANTS:**
Extra Space Storage, Inc.
Noreta Mendez
Jessica Brubaker
John Does 1–10

FILED ⑤

SEP 16 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**PC    25 07867**

**VKD**

**TITLE OF DOCUMENT:**
**EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND REQUEST TO PROCEED IN FORMA PAUPERIS WITH U.S. MARSHALS SERVICE**

**RELIEF REQUESTED:**
Plaintiffs request immediate court intervention to:

1.  Restore access to storage units at Campbell and Los Gatos locations.

2.  Enjoin Defendants from harassment, intimidation, retaliation, and false police reporting.

3.  Prohibit unilateral lease alterations, arbitrary rent increases, or unlawful lockouts.

4.  Require all communications with Plaintiffs to occur via email only.

5.  Permit in camera review of Plaintiffs' medical and employment records under seal.

6.  Authorize service by the U.S. Marshals Service.

7.  Maintain this Temporary Restraining Order for six months pending a hearing on preliminary injunction.

**STATEMENT OF URGENCY:**
Plaintiffs face immediate and irreparable harm due to:

•   Denial of life-sustaining medications and medical equipment.

**CIVIL COVER SHEET (JS-44)**

- Restricted access to employment-critical property for Todd Myers, risking imminent job loss (Sept. 12, 2025).

- Severe emotional distress and PTSD exacerbation caused by Defendants' harassment, threats, and discriminatory actions.

**DECLARATIONS ATTACHED:**

- Declaration of Logan Dakota Kai Blömqvist

- Declaration of Todd Myers

**POINTS & AUTHORITIES ATTACHED:**

- Federal Rule 65(b) – TRO Without Notice

- California Self-Service Storage Facility Act (Bus. & Prof. Code §§21700–21716)

- Covenant of Quiet Possession (Cal. Civ. Code §1927)

- Americans with Disabilities Act (42 U.S.C. §12182)

- Unruh Civil Rights Act (Cal. Civ. Code §51)

- Ralph Civil Rights Act (Cal. Civ. Code §51.7)

- False Police Reporting (Cal. Pen. Code §148.5)

- Section 1983 (42 U.S.C. §1983)

- Irreparable Harm and Balance of Equities

**CERTIFICATION:**
Plaintiffs certify that **emergency relief is required** to prevent immediate and irreparable harm before a noticed hearing can be held. Plaintiffs have no adequate remedy at law.

**DATED:** _____, 2025

**Respectfully submitted,**

**CIVIL COVER SHEET (JS-44)**

/s/ Logan Dakota Kai Blömqvist
Plaintiff

/s/ Todd Myers
Plaintiff

**EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND REQUEST TO PROCEED IN FORMA PAUPERIS WITH U.S. MARSHALS SERVICE**

**Plaintiffs:** Logan Dakota Kai Blömqvist & Todd Myers
**Defendants:** Extra Space Storage, Inc., Noreta Mendez, Jessica Brubaker, David Gallegos, John Does 1–10

Plaintiffs respectfully apply for an **emergency Temporary Restraining Order (TRO) under Federal Rule of Civil Procedure 65(b)**, and request service of this TRO via **U.S. Marshals Service** due to the immediate and irreparable risks posed by Defendants' conduct.

**IMMEDIATE GROUNDS FOR RELIEF**

1. **Illegal Lockouts:** Plaintiffs' fully paid storage units were overlocked at the Campbell and Los Gatos locations **without proper 15-day lien notice or 14-day cure period** in violation of **Cal. Bus. & Prof. Code §21705(a).**

2. **Retaliatory Lease Terminations:** Todd Myers' lease was arbitrarily terminated through a fabricated electronic "move-out confirmation" despite full payment, admitted by Manager Noreta Mendez as retaliation. Logan's Campbell lease threatened for a supposed "family payment pattern."

3. **Unlawful Rent Increases:** Logan's rent was arbitrarily increased nearly $100 without written notice or amended agreement, violating statutory notice requirements.

4. **ADA & Unruh Discrimination:** Defendants denied reasonable accommodation requests (e.g., email communications, assistance retrieving medications), retaliated against Logan and Todd for asserting disability rights, and mocked Logan's medical conditions (42 U.S.C. §12182; Civ. Code §51).

5. **Ralph Civil Rights Act Violations:** Defendants threatened and intimidated Plaintiffs, explicitly citing race, ancestry, and disability (Civ. Code §51.7).

6. **False Police Reports:** Defendants knowingly filed false reports alleging trespass, forcing Plaintiffs to leave their property despite lawful access (Cal. Penal Code §148.5).

7. **Breach of Covenant of Quiet Possession:** Defendants' lockouts and retaliatory actions deny Plaintiffs the quiet enjoyment guaranteed under **Cal. Civ. Code §1927.**

8. **Irreparable Harm:** Plaintiffs cannot access life-sustaining medications, mobility aids, and employment-critical equipment. Todd faces imminent job termination on **Sept. 12, 2025**, and both experience severe PTSD exacerbation.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND**
**REQUEST TO PROCEED IN FORMA PAUPERIS WITH U.S. MARSHALS SERVICE**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Federal Rule 65(b) – TRO Without Notice

Rule 65(b)(1) allows a court to grant an ex parte TRO when **immediate and irreparable injury, loss, or damage will occur before a hearing**. Plaintiffs face:

- Denial of medications and medical equipment, risking bodily harm.

- Denial of employment property, risking immediate job loss.

- Ongoing harassment, threats, and disability discrimination causing severe emotional distress.

Courts recognize that **deprivation of necessary medical care or life-sustaining aids constitutes irreparable harm**. Monetary damages cannot remedy such injuries. The balance of hardships and public interest favor Plaintiffs.

## II. California Self-Service Storage Facility Act (Bus. & Prof. Code §§21700–21716)

- **§21705(a):** Denial of access is permitted only **after 15-day lien notice and 14-day cure period**.

- **§21712(a):** All rental contracts must be in writing, with notices served before enforcing liens.

**Violation:** Defendants overlocked units without notice, fabricated move-outs, and imposed unlawful rent increases, breaching statutory protections.

## III. Covenant of Quiet Possession (Cal. Civ. Code §1927)

A lease obligates the lessor to **secure quiet possession during the term**. Plaintiffs' forcible lockouts, threats, and retaliatory termination constitute a **clear breach**.

## IV. Americans with Disabilities Act (42 U.S.C. §12182)

- Extra Space is a "place of public accommodation."

- Plaintiffs are disabled (PTSD, mobility impairments).

- Defendants **denied access**, ignored reasonable accommodation requests, mocked medical conditions, and interfered with essential care.

**ADA claims:** Defendants failed to provide reasonable modifications, refused auxiliary aids, and retaliated for asserting rights.

## V. Unruh Civil Rights Act (Cal. Civ. Code §51)

- Guarantees full and equal access **regardless of disability, race, ancestry**.
- Extra Space's discriminatory denial of access, racial harassment, and retaliation violates §51.

## VI. Ralph Civil Rights Act (Cal. Civ. Code §51.7)

- Protects individuals from **threats or intimidation** based on protected characteristics.
- Defendants explicitly threatened Logan and Todd, citing race/ancestry and disability. The threats were physically and emotionally coercive.

## VII. California Penal Code §148.5 – False Reporting

- Makes **false reporting to law enforcement a misdemeanor**.
- Defendants knowingly misrepresented Plaintiffs as trespassers to police officers (Officer Heather Murphy #S121; Case No. 2509080093). Plaintiffs were lawfully on the premises.

## VIII. Section 1983 (42 U.S.C. §1983)

- Defendants' use of police to enforce arbitrary lockouts constitutes deprivation of civil rights under **color of law** principles. Though police are not named defendants, this illustrates constitutional violations and supports the TRO.

## IX. Irreparable Harm and Balance of Equities

- **Immediate and ongoing threats:** Denial of medications, medical devices, and work property; exacerbation of PTSD; risk of job loss.
- **Defendants' minimal burden:** Simply complying with laws and providing access.
- **Public interest:** Enforcing anti-discrimination laws, protecting disabled persons, and maintaining access to public accommodations.
-

# DECLARATION OF LOGAN DAKOTA KAI BLOMQVIST

I, Logan Blomqvist, declare:

- I am disabled (PTSD, mobility impairment, cancer treatment).

- I rented a Campbell unit on 10/4/24.

- On 9/7/25 I gave written ADA/harassment notice.

- On 9/8/25 I discovered my paid unit overlocked without notice. David Gallegos unlocked for my meds, then relocked until payment or court order received. Rent was arbitrarily raised from $100 to $200 to $290 without notice.

- On 9/10/25, at the Los Gatos facility, a Campbell John Doe manager told me: *"This is what you get for pulling that stunt with the police yesterday! That's why your son's account was cancelled!"* He wagged his finger, raised his voice, and stepped into my space, forcing me to back up, stating "WHAT THE FUCK IS YOUR PROBLEM!!"

- Police were called on me for "trespass" though my son was current, and despite being personally escorted into the facility by Noreta Mendez. Police refused to view proof of tenancy and forced me off the property, taking Mendez and Doe's word without proof that my son's contract had been cancelled.

- I have been denied my chemotherapy meds and mobility aids, causing physical danger and PTSD symptoms.

I declare under penalty of perjury that the foregoing is true.

Date: Sept. 11, 2025
/s/ Logan Blomqvist

*Logan Blomqvist*

# DECLARATION OF TODD MYERS

I, Todd Myers, declare:

- I am disabled (asthma, and cardiac conditions) and require medical equipment stored in my unit.

- I rented Los Gatos unit, fully paid.

- On 9/9/25, Noreta Mendez told us a fabricated "move-out confirmation" was processed and admitted it was retaliation.

- Police refused to investigate, forced me to leave.

- On 9/10/25, I was again locked out, with medications and my work gear trapped inside.

- I face job loss if I cannot retrieve my gear by Sept. 12, 2025.

I declare under penalty of perjury that the foregoing is true.

Date: Sept. 11, 2025
/s/ Todd Myers

*[signature: Todd Myers]*

**PRAYER FOR RELIEF**

Plaintiffs respectfully request the Court grant the TRO **without notice**, ordering:

1.  **Immediate restoration of access:** Remove all overlocks/barriers; allow access to medications, medical devices, and employment property.

2.  **Prohibition on harassment/retaliation:** Enjoin any threats, intimidation, or false police reporting.

3.  **Stay on lease alterations/lockouts:** No rent hikes, term changes, or lockouts without proper notice per law.

4.  **Controlled communication:** All communications to occur via email only.

5.  **In camera review:** Court may review Plaintiffs' medical/employment records under seal for accommodation evaluation.

6.  **Service by U.S. Marshals:** Authorized under Fed. R. Civ. P. 4 due to emergency and risk of evasion.

7.  **Duration:** TRO effective for six months pending preliminary injunction hearing.

1

## REQUEST TO PROCEED IN FORMA PAUPERIS & U.S. MARSHALS SERVICE

2

3 Plaintiffs are indigent, homeless, and Safe at Home participants. Filing fees would impose undue hardship. Pursuant to 28 U.S.C. §1915, Plaintiffs request fee waiver.

4

5 Plaintiffs also request U.S. Marshals Service for summons and TRO under Rule 4(c)(3), due to Defendants' harassment and risk of evasion.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## REQUEST FOR IN CAMERA REVIEW

2

Plaintiffs request in camera review of:

3

- • Medical and medication records (letters, medical history, prescribed medications).

4

- • Employment records (Todd's work schedule, offer letter, etc.).

5

- • SNAP benefits (award letters).

6

- • General Assistance benefits (award letters).

7

- • SSA/DDS disability determinations.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED TEMPORARY RESTRAINING ORDER**

**IT IS HEREBY ORDERED:**

1. **Restore Access:** Remove all overlocks/barriers at Campbell and Los Gatos. Plaintiffs may access stored property immediately.

2. **Compliance with Storage Act:** No lockouts or lease terminations without strict compliance with §§21705–21712, and approval by federal court order.

3. **Prohibition on Harassment/False Reports/Defamation:** Defendants and agents are enjoined from retaliation, intimidation, defamation of character or false police reports.

4. **Email-Only Communication:** All communications with Plaintiffs must be by email only.

5. **In Camera Review:** The Court shall review Plaintiffs' medical, employment, SNAP, GA, and SSA/DDS records under seal.

6. **Service:** U.S. Marshals shall serve this Order and Complaint.

7. **Duration:** TRO effective 6 months or until further order; hearing on preliminary injunction to follow.

DATED: _____, 2025

United States District Judge

# EXHIBIT LIST

- **Exh. A** – Medical letter from Dr. Stanford Shoor (remote-work/immune compromise) + emotional support dog letters.

- **Exh. B** – Employment verification (San Jose Sharks Org) + work schedule.

- **Exh. C** – Extra Space Storage notices (rent hike; delinquency; lockout threat); rental agreement; any missing-notice proof.

- **Exh. D** – Written correspondence with Extra Space Storage facilities.

- **Exh. E** – Los Gatos, CA Extra Space Storage lease agreement .

- **Exh. F** – Justification for reasonable accommodations.

- **Exh. G** – Written RA requests (advocate on behalf of Plaintiff).

- **Exh. H** – Screenshots of multiple unauthorized changes to accounts.

- **Exh. I** – Extra Space Storage online chat session.

- **Exh. J** – Medications list and medical history,

- **Exh. K** – Evidence of rent increase (bank statements/receipts showing prior rate vs. current).

- **Exh. L** – Proof of indigence (SNAP/GA verification), to support IFP and bond waiver.

EXHIBIT LIST

Exhibit A



## Stanford
### M E D I C I N E

**Name:** Logan Blomqvist | **DOB:** 4/4/1976 | **MRN:** 22645683 | **PCP:** Kathleen Anne Kenny, MD

## Letter Details



## Stanford
### HEALTH CARE

Immunology/Rheumatology Clinic
900 Blake Wilbur Drive
Palo Alto, CA 94304-5359
Tel: (650) 723-6961
Fax: (650) 723-3059
http://stanfordhospital.org
http://partners.stanfordemedicine.com

2/29/2024

Frances N. Castro
International Boundary and Water Commission, U.S. Section
4191 N. Mesa St.
El Paso, TX 79902

RE:   Blomqvist, Logan
MRN:  22645683
DOB:  4/4/1976

Dear Ms. Castro ,

I am writing this letter at the request of my patient Ms. Logan Blomqvist who is applying for the opportunity to work 100% of her time remotely.
In response to your questions:
A. Ms. Blomqvist is an immunocompromised host with a substantial chronic pulmonary disease known as sarcoidosis. As an immunocompromised patient she would be at risk of a serious infection while working in an office and as a person with sarcoidosis, exposure to any potential irritants or infectious disease could cause a significant exacerbation of her disease
B. Thus, there are no reasonable accommodations other than 100% remote work
C. Her disease is chronic and I anticipate the immunosuppressive therapy will need to continue into the foreseeable future
D. The risk of working on site are:  a serious infection and an exacerbation of her sarcoid pulmonary disease; either or both of which could result in hospitalization
E. Travel restrictions should be assessed on a case by case basis.

Sincerely Yours,

Stanford Mervyn Shoor, MD

BLAKE WILBUR CLINICS

IMMUNOLOGY BW 2ND FLOOR
900 BLAKE WILBUR DRIVE, STE. W2080
PALO ALTO CA 94305

Logan Blomqvist
DOB: 4/4/1976
Stanford Health Care
1

http://www.gyn.stanfordhospital.com/">

This letter was initially viewed by Logan Blomqvist at 2/29/2024 11:05 AM.



**Stanford**
M E D I C I N E

**Name:** Logan Blomqvist | **DOB:** 4/4/1976 | **MRN:** 22645683 | **PCP:** Kathleen Anne Kenny, MD

# Letter Details



Stanford Internal Medicine
(650) 498-9000
http://sim.stanford.edu

Stanford Internal Medicine
At Quarry Road
211 Quarry Road, Suite 305
Palo Alto, CA 94304

9/4/2024

RE:   Blomqvist, Logan
MRN:   22645683
DOB:   4/4/1976

To whom it may concern:

I am the internist providing medical care to Logan Blomqvist, DOB 4/4/76. She carries a diagnosis of severe anxiety as per DSM criteria. For this reason I am requesting that she be granted the right to own and maintain an emotional support animal (dog) in her residence.

Please contact me with any questions about the above.

Sincerely,



Kathleen A. Kenny, MD
Clinical Associate Professor of Medicine
Stanford Hospital and Clinics
Website: sim.stanford.edu
(650) 498-9000

Logan Blomqvist
DOB: 4/4/1976
Stanford Health Care
1

(Non-Union) PT Front Line Offer Letter Template - Solar 4 America Ice San Jose                    11/1/22, 1:36 PM

 

**SHARKS SPORTS & ENTERTAINMENT**

SAP Center • Tech CU Arena • Sharks Ice

31-Oct-2022

Todd Myers

hockey_check@me.com

**Re: Offer of Employment**

Dear Todd:

Congratulations on becoming part of Team Teal! On behalf of Sharks Sports and Entertainment ("SSE"), I am pleased to offer you a Part Time position of Scorekeeper reporting to Vaughn Reuter, Adult Hockey Manager at Sharks Ice San Jose. Your employment will begin effective November 16, 2022, and is conditioned on background check clearance prior to this start date if you are over 18 years old.

Your starting hourly rate will be $20.00. Your position is non-exempt, which means you will be compensated at an overtime rate for each overtime hour worked. Your standard overtime rate of pay is $30.00 per hour and your double-time overtime rate of pay will be $40.00 per hour. You will be paid semi-monthly on SSE designated paydays, currently the 10 th and 25 th of each month. When the 10th or the 25th falls on a weekend or holiday, employees will be paid within one business day either before or after the weekend or holiday.

This offer is contingent upon your signing the Company's Confidentiality Agreement, Arbitration Agreement, Release Waiver & Likeness Waiver included with this offer and upon successful clearance of your background check. It is also contingent upon providing evidence of your legal right to work in the United States as required by the United States Citizenship and Immigration Services department. **This offer is for employment on an at-will basis, which means that this relationship can be terminated at any time by either party.**

Additionally, at this time, all SSE employees must be fully vaccinated against COVID-19 prior to working onsite at any SSE facility, unless the individual is able to telework, or is otherwise eligible for an exemption in accordance with applicable law. If on-site services are to be performed, SSE will require you to certify your vaccination status as part of the onboarding process.

This offer will remain open until November 4, 2022. To accept this offer, please sign below and keep a copy of the offer letter for your records.

At SSE, we are pioneering the future of sports and entertainment. Through our ice centers, NHL and AHL teams, world-class concerts at SAP Center, and the recent launch of a second arena, we are committed to being the premier sports and entertainment destination in the Bay Area. We continue to progress as an organization thanks to our committed group of team members. We hope you will join our team and help us push the boundaries of sports and entertainment. We are #TealTogether.

Sincerely,

Vaughn Reuter

Adult Hockey Manager

Sharks Sports & Entertainment

[Mar 25] [Apr 25] [May 25] [Jun 25] [Jul 25] [Aug 25] [Sep 25] [Oct 25] [Nov 25] [Dec 25] [Jan 26] [Feb 26] [Mar 26]
[Next 25 Days]

**Options**

- Home
- Show Schedu
- Unassig Games
- Edit Profile
- Edit Availab
- Contact List
- Logout

**Scheduling**

**Stats**

- Goalie Stats

| Game | Date | Time | Rink | League | Level | Away |
|------|------|------|------|--------|-------|------|
| 539965 | Fri Sep 12 | 8:30 PM | San Jose Black (E) | High School | | |
| 551852 | Fri Sep 12 | 10:15 PM | San Jose Black (E) | SIAHL@SJ | Adult Division 6A | Stampede |
| 540520 | Sat Sep 13 | 8:00 PM | San Jose Orange (N) | SIAHL@SJ | Adult Division 4B | Money Shots |
| 540521 | Sat Sep 13 | 9:30 PM | San Jose Orange (N) | SIAHL@SJ | Adult Division 4B | Goon and Frienc |
| 537825 | Sun Sep 14 | 6:30 PM | San Jose Black (E) | SIAHL@SJ | Adult Division 5B | EDWS |
| 537826 | Sun Sep 14 | 8:00 PM | San Jose Black (E) | SIAHL@SJ | Adult Division 5B | LinkedIn |
| 537827 | Sun Sep 14 | 9:30 PM | San Jose Black (E) | SIAHL@SJ | Adult Division 5B | Norcal Crossove |
| 551123 | Sun Sep 14 | 11:00 PM | San Jose Black (E) | SIAHL@SJ | Adult Division 5B | Seal Team Sticks |
| 537484 | Mon Sep 15 | 9:45 PM | San Jose Orange (N) | SIAHL@SJ | Adult Division 7B West | Scarebears |
| 537486 | Mon Sep 15 | 11:15 PM | San Jose Orange (N) | SIAHL@SJ | Adult Division 7B East | Dumpster Fire |
| 540091 | Fri Sep 19 | 9:15 PM | San Jose Grey | SIAHL@SJ | Adult Division 4A | OHC |
| 541155 | Fri Sep 19 | 10:45 PM | San Jose Grey | SIAHL@SJ | Adult Division 4A | Beerhawks |
| 541163 | Sat Sep 20 | 7:45 PM | San Jose Sharks | SIAHL@SJ | Adult Division 6B | Chiefs 1 |
| 541164 | Sat Sep 20 | 9:15 PM | San Jose Sharks | SIAHL@SJ | Adult Division 6B | Stanleys Closers |
| 537955 | Sun Sep 21 | 6:30 PM | San Jose Black (E) | SIAHL@SJ | Adult Division 4B | Pied Sniper |
| 537967 | Sun Sep 21 | 7:00 PM | San Jose Tech CU | SIAHL@SJ | Adult Division 7B East | Tsunami |
| 537956 | Sun Sep 21 | 8:00 PM | San Jose Black (E) | SIAHL@SJ | Adult Division 4B | Irish Car Bombs |
| 537968 | Sun Sep 21 | 8:30 PM | San Jose Tech CU | SIAHL@SJ | Adult Division 8B | Chiefs 4 |
| 537957 | Sun Sep 21 | 9:30 PM | San Jose Black (E) | SIAHL@SJ | Adult Division 5A | Grizzlies |
| 537976 | Sun Sep 21 | 10:00 PM | San Jose Tech CU | SIAHL@SJ | Adult Division 7B East | Seal Team Sticks |
| 551137 | Sun Sep 21 | 11:00 PM | San Jose Black (E) | SIAHL@SJ | Adult Division 5A | French Toast |
| 537563 | Mon Sep 22 | 9:00 PM | San Jose Tech CU | SIAHL@SJ | Adult Division 8A | Rebel Scum 3 |
| 537562 | Mon Sep 22 | 10:30 PM | San Jose Tech CU | SIAHL@SJ | Adult Division 8A | Seal Team Sticks |
| | | | | | Adult Division | |

*Exhibit C*

**From:** Niklas Todd Myers hockey_check@me.com
**Subject:** Urgent – Request for Immediate Access & ADA/Unruh Act Accommodation
**Date:** September 8, 2025 at 5:01 PM
**To:** customerservice@extraspace.com, zz 1296 Los Gatos - University Ave Site fac1296@extraspace.com,
contact.center@dfeh.ca.gov, disability.rights@usdoj.gov
**Cc:** moreta.mendez@extraspace.com, info@extraspace.com

**Subject:** Urgent – Request for Immediate Access & ADA/Unruh Act Accommodation

Dear Ms. Mendez and Extra Space Storage Corporate,

I write regarding my lease for Unit #4060 at the Los Gatos facility (950 University Ave). Despite receiving a "move-out confirmation" I never authorized, I remain in full compliance with my lease and my account is paid in full with a $0 balance.

In addition, I authorize my mother, Logan Blömqvist, to speak on my behalf regarding my storage unit dispute with Extra Space Storage.

**Immediate Access Required**
Tonight, September 8, 2025, I must access my unit to retrieve essential personal property, including medically necessary items. Any refusal of access will cause irreparable harm to my health and well-being.

**Reasonable Accommodation Request**
As a person with documented disabilities, I hereby invoke my rights under:

- **Americans with Disabilities Act (ADA) Title III, 42 U.S.C. § 12182** (equal access to public accommodations),
- **California Unruh Civil Rights Act, Cal. Civ. Code § 51** (prohibiting arbitrary discrimination by business establishments), and
- **California Government Code § 11135** (state-funded programs must comply with ADA/§504 standards).

I request the following reasonable accommodations:

1. Immediate restoration of access to Unit #4060, including gate code functionality.
2. Assurance that I may enter the facility without retaliation or harassment.
3. Written confirmation that my lease remains valid and my account current.

**Civil Rights Complaints**
Because of Extra Space's unlawful actions, I am filing complaints with the **California Civil Rights Department (CRD)** and the **U.S. Department of Justice, Disability Rights Section**. This email will be included in those filings.

**Preservation of Evidence**
Please preserve all records, including emails, chat logs, and internal communications regarding my account.

I intend to arrive at the Los Gatos facility today, September 8, 2025, to retrieve necessary items. If I am denied access, this will be documented and added to my civil rights filings and forthcoming request for emergency injunctive relief in federal court.

Respectfully,

Todd Myers
Unit #4060 – Los Gatos Facility

On Sep 8, 2025, at 4:21 PM, Niklas Todd Myers <hockey_check@me.com> wrote:

Subject: Formal Objection – Unauthorized Lease Termination and Constructive Eviction

Dear Extra Space Storage Customer Service,

I acknowledge receipt of your September 8, 2025 response instructing me to "call the site." Please be advised:

1. **I will not waive my rights by limiting this matter to a phone call.** My lease and legal rights require a written record. I never authorized a move-out, my account shows a $0 balance, and my lease remains valid.

2. **Constructive Eviction:** By processing a "move-out" without my consent and threatening to deny me access, Extra Space is attempting to unlawfully dispossess me of my property. Under California law, a storage operator must comply with the Self-Service Storage Facility Act (Cal. Bus. & Prof. Code §§ 21700–21716), which requires written notice and cure rights. None were provided.

3. **Federal and State Protections:**
   • 11 U.S.C. § 525(a) prohibits discrimination based on prior bankruptcy filings.
   • Cal. Civ. Code § 51 (Unruh Civil Rights Act) prohibits arbitrary discrimination by business establishments.
   • Any retaliation for my family's pending legal disputes at another Extra Space facility would also violate these protections.

4. **Preservation Demand:** I demand that you preserve all records, including internal communications, regarding this "move-out" and any instructions given to staff.

5. **Demand for Immediate Relief:**
   • Written confirmation that my lease remains valid;
   • Written rescission of the "move-out confirmation"; and
   • Restoration of my full access rights to Unit 4060.

If denied, I will pursue immediate judicial intervention, including a Temporary Restraining Order and damages for breach of contract, constructive eviction, and discrimination.

Sincerely,

Todd Myers

On Sep 8, 2025, at 4:14 PM, customerservice@extraspace.com wrote:

Todd, you need to reach out to your site office directly. They can be reached at (408) 442-0369 between 9:30am-6pm Mon-Fri and 9am-5:30 Sat. I will forward this communication to the site but per their supervisor they are not going to be contacting you, they need you to call them to arrange access to remove your items.

From: hockey_check@me.com
Sent: Mon Sep 08 2025 19:05:17 GMT-0400 (Eastern Daylight Time)
To: fac1296@extraspace.com customerservice@extraspace.com
CC: moreta.mendez@extraspace.com info@extraspace.com
Subject: URGENT – Unauthorized Termination of Lease / Demand for Immediate Reinstatement
Subject: Urgent – Unauthorized Termination of Lease / Demand for Immediate Reinstatement

Dear Ms. Mendez and Extra Space Corporate,

I write to formally object to the "Move-Out Confirmation" email I received today (September 8, 2025) stating that my lease for Unit #4060 at the Los Gatos facility (950 University Ave) was terminated effective September 7, 2025.

1. No Authorization, Current Account

I never authorized or requested a move-out. My lease was valid, I paid the required administrative fee, and I was entitled to one month free rent. My account reflects a $0 balance. Terminating my lease without notice or consent is a breach of contract and a violation of California's Self Service Storage Facility Act (Cal. Bus. & Prof. Code §§ 21700-21716), which requires proper written notice and an opportunity to cure before any termination.

2. Discriminatory Retaliation

Earlier today, your customer service chat agent explicitly stated that Extra Space has "observed a pattern where a unit was rented, payments were stopped, and bankruptcy was subsequently filed," and used this as a basis to deny renewal. I have never defaulted on my lease obligations with Extra Space. Using my past bankruptcy, which has no relation to Extra Space, as a basis to terminate or deny me services is unlawful discrimination under 11 U.S.C. § 525(a).

Further, given my family's ongoing disputes with Extra Space at another location and our multiracial heritage (Swedish/Navajo/Belizean), this sudden and baseless termination has the appearance of retaliatory and discriminatory action. Such conduct also violates the Unruh Civil Rights Act (Cal. Civ. Code § 51), which prohibits arbitrary discrimination by business establishments.

3. Demand for Immediate Action

I demand written confirmation by close of business today that:

- My lease for Unit #4060 remains valid,
- My access to the Los Gatos facility is fully restored, and
- The "move-out confirmation" has been rescinded.

If I am denied access to my property or further retaliated against, I will pursue immediate legal relief in federal court, including an application for a Temporary Restraining Order (TRO) and damages for breach of contract, discrimination, and retaliation.

Please treat this message as formal notice and preserve all records, including chat logs, emails, and internal communications, as they will be relevant in ongoing litigation.

Sincerely,


Todd Myers
Unit #4060 – Los Gatos Facility


Begin forwarded message:
From: Niklas Todd Myers <hockey_check@me.com>
Subject: Formal Response – Lease Agreement in Good Standing
Date: September 8, 2025 at 3:00:47 PM PDT
To: zz 1296 Los Gatos · University Ave Site <fac1296@extraspace.com>


Subject: Formal Response – Lease Agreement in Good Standing

Dear Ms. Mendez,

I am writing regarding your September 8, 2025 email and subsequent chat communication with an Extra Space Storage online chat rep, Jaylon.

  1. Lease Status: I am in full compliance with my rental agreement at 950 University Ave, Los Gatos. My payment was processed successfully, and my account reflects a $0 balance.

2. **Improper Grounds for Non-Renewal:** Your representative stated that Extra Space will not renew my lease based on an alleged "pattern" involving unrelated bankruptcies. I have never defaulted on my lease obligations with Extra Space Account #2006107187. A generalized assumption about bankruptcy filings is not listed anywhere in my lease as a ground for termination or non-renewal.

   - California Civil Code § 51 (Unruh Civil Rights Act) prohibits arbitrary discrimination by business establishments.
   - 11 U.S.C. § 525 of the U.S. Bankruptcy Code prohibits entities from denying services solely due to a past bankruptcy filing.

3. **Retaliation Concerns:** This sudden action, coming immediately after recent issues raised by my family at another Extra Space location, appears retaliatory and discriminatory.

I demand written confirmation no later than close of business today that:

- My lease remains in good standing;
- I will have uninterrupted access to my storage unit; and
- My renewal will not be denied on unlawful grounds.

Failure to provide this assurance will compel me to escalate the matter through legal remedies, including but not limited to a request for injunctive relief and damages under state and federal law.

Respectfully,

Todd Myers

On Sep 8, 2025, at 2:00 PM, zz 1296 Los Gatos - University Ave Site <fac1296@extraspace.com> wrote:

Hi Todd,

We need you to call the site regarding your account. Thank you.

**noreta mendezl site manager l extra space storage**

_____  |  _____  |  _____  |  _____  |  _____

On Sep 8, 2025, at 3:14 PM, Extra Space Storage <email@info.extraspace.com> wrote:

Move out confirmation | View in browser

<Email_Header_EXR_Logo.png>

<Circle Checkmark_EXR.svg>

### MOVE-OUT CONFIRMATION

Hi Todd,

We've successfully processed your move-out from unit 4060 at the Extra Space Storage location at 950 University Ave, as of 09/07/2025.

Thank you for being an Extra Space Storage customer. Please contact us if you have any questions.

Thank you,
Your Extra Space Storage Team

950 University Ave
Los Gatos, CA 95032
(408) 442-0369

This email was sent to hockey_check@me.com. This email was sent by: Extra Space Storage, 2795 East Cottonwood Pkwy, #300, Salt Lake City, UT 84121. © 2025 Extra Space Storage LLC.

<Acb3SOiZ_I_GWEFeiTq5OW3wedzT9VRDaWyQVDJ8jejX7gZa1_C46xmCVArl6o-misthqaaN6kNpIYy5RsrLlA~~.gif>

Exhibit D

**Date: September 6, 2025**
**To: Office Manager, Extra Space Storage 241 W Sunnyoaks Ave,**
**Campbell, CA 95008**

Dear Manager,

I want to thank you for your professionalism and courtesy in our past interactions. I am writing to place you on formal notice that I am in the process of filing an **emergency petition for a Temporary Restraining Order (TRO)** in federal court regarding my storage unit.

A note of record: On September 6, 2025, at the Los Gatos Extra Space Storage facility, one of your employees from 241 Sunnyoaks questioned me in front of the Los Gatos property manager in a manner that implied I was attempting to open a new unit to avoid paying on my current account. That implication is false. My adult son lawfully opened a small unit in Los Gatos under his own name and account, for the legitimate purpose of storing his work gear once he's able to retrieve it from my unit (L-101) at the 241 University Ave location. He is financially independent, and his rental is entirely unrelated to my account. Any suggestion to the contrary unfairly casts both of us in a negative light and has caused my son unnecessary anxiety. For clarity, I have always complied with facility access rules at 241 Sunnyoaks, and my son has never accessed my unit without me.

Because my unit contains **critical medical equipment and medication** required for my health and for my son's health, any lockout or restriction of access before the court has ruled would cause **serious and irreparable harm**.

Accordingly, I respectfully request that no lock be placed on my unit and that I continue to have access until the court resolves the matter. I am not asking you to make any decisions outside your role — only to maintain the **status quo** until the legal process is complete.

Thank you for your understanding and professionalism.


Respectfully,

Logan Dakota Kai Blömqvist

Safe at Home Participant – No Fixed Address

logan.blomqvist@icloud.com

From: **Niklas Todd Myers** hockey_check@me.com
Subject: Urgent – Request for Immediate Access & ADA/Unruh Act Accommodation
Date: September 8, 2025 at 5:01 PM
To: customerservice@extraspace.com, zz 1296 Los Gatos - University Ave Site fac1296@extraspace.com,
    contact.center@dfeh.ca.gov, disability.rights@usdoj.gov
Cc: moreta.mendez@extraspace.com, info@extraspace.com

**Subject:** Urgent – Request for Immediate Access & ADA/Unruh Act Accommodation

Dear Ms. Mendez and Extra Space Storage Corporate,

I write regarding my lease for Unit #4060 at the Los Gatos facility (950 University Ave). Despite receiving a "move-out confirmation" I never authorized, I remain in full compliance with my lease and my account is paid in full with a $0 balance.

In addition, I authorize my mother, Logan Blömqvist, to speak on my behalf regarding my storage unit dispute with Extra Space Storage.

**Immediate Access Required**
Tonight, September 8, 2025, I must access my unit to retrieve essential personal property, including medically necessary items. Any refusal of access will cause irreparable harm to my health and well-being.

**Reasonable Accommodation Request**
As a person with documented disabilities, I hereby invoke my rights under:

- **Americans with Disabilities Act (ADA) Title III, 42 U.S.C. § 12182** (equal access to public accommodations),
- **California Unruh Civil Rights Act, Cal. Civ. Code § 51** (prohibiting arbitrary discrimination by business establishments), and
- **California Government Code § 11135** (state-funded programs must comply with ADA/§504 standards).

I request the following reasonable accommodations:

1. Immediate restoration of access to Unit #4060, including gate code functionality.
2. Assurance that I may enter the facility without retaliation or harassment.
3. Written confirmation that my lease remains valid and my account current.

**Civil Rights Complaints**
Because of Extra Space's unlawful actions, I am filing complaints with the **California Civil Rights Department (CRD)** and the **U.S. Department of Justice, Disability Rights Section**. This email will be included in those filings.

**Preservation of Evidence**
Please preserve all records, including emails, chat logs, and internal communications regarding my account.

I intend to arrive at the Los Gatos facility today, September 8, 2025, to retrieve necessary items. If I am denied access, this will be documented and added to my civil rights filings and forthcoming request for emergency injunctive relief in federal court.

Respectfully,

Todd Myers
Unit #4060 – Los Gatos Facility

On Sep 8, 2025, at 4:21 PM, Niklas Todd Myers <hockey_check@me.com> wrote:

Subject: Formal Objection – Unauthorized Lease Termination and Constructive Eviction

Dear Extra Space Storage Customer Service,

I acknowledge receipt of your September 8, 2025 response instructing me to "call the site." Please be advised:

1. **I will not waive my rights by limiting this matter to a phone call.** My lease and legal rights require a written record. I never authorized a move-out, my account shows a $0 balance, and my lease remains valid.

2. **Constructive Eviction:** By processing a "move-out" without my consent and threatening to deny me access, Extra Space is attempting to unlawfully dispossess me of my property. Under California law, a storage operator must comply with the Self-Service Storage Facility Act (Cal. Bus. & Prof. Code §§ 21700–21716), which requires written notice and cure rights. None were provided.

3. **Federal and State Protections:**
   • 11 U.S.C. § 525(a) prohibits discrimination based on prior bankruptcy filings.
   • Cal. Civ. Code § 51 (Unruh Civil Rights Act) prohibits arbitrary discrimination by business establishments.
   • Any retaliation for my family's pending legal disputes at another Extra Space facility would also violate these protections.

4. **Preservation Demand:** I demand that you preserve all records, including internal communications, regarding this "move-out" and any instructions given to staff.

5. **Demand for Immediate Relief:**
   • Written confirmation that my lease remains valid;
   • Written rescission of the "move-out confirmation"; and
   • Restoration of my full access rights to Unit 4060.

If denied, I will pursue immediate judicial intervention, including a Temporary Restraining Order and damages for breach of contract, constructive eviction, and discrimination.

Sincerely,

Todd Myers

On Sep 8, 2025, at 4:14 PM, customerservice@extraspace.com wrote:

Todd, you need to reach out to your site office directly. They can be reached at (408) 442-0369 between 9:30am-6pm Mon-Fri and 9am-5:30 Sat. I will forward this communication to the site but per their supervisor they are not going to be contacting you, they need you to call them to arrange access to remove your items.

From: hockey_check@me.com
Sent: Mon Sep 08 2025 19:05:17 GMT-0400 (Eastern Daylight Time)
To: fac1296@extraspace.com customerservice@extraspace.com
CC: moreta.mendez@extraspace.com info@extraspace.com
Subject: URGENT – Unauthorized Termination of Lease / Demand for Immediate Reinstatement
Subject: Urgent – Unauthorized Termination of Lease / Demand for Immediate Reinstatement

Dear Ms. Mendez and Extra Space Corporate,

I write to formally object to the "Move-Out Confirmation" email I received today (September 8, 2025) stating that my lease for Unit #4060 at the Los Gatos facility (950 University Ave) was terminated effective September 7, 2025.

1. No Authorization, Current Account

I never authorized or requested a move out. My lease was valid, I paid the required administrative fee, and I was entitled to one month free rent. My account reflects a $0 balance. Terminating my lease without notice or consent is a breach of contract and a violation of California's Self-Service Storage Facility Act (Cal. Bus. & Prof. Code §§ 21700–21716), which requires proper written notice and an opportunity to cure before any termination.

2. Discriminatory Retaliation
Earlier today, your customer service chat agent explicitly stated that Extra Space has "observed a pattern where a unit was rented, payments were stopped, and bankruptcy was subsequently filed," and used this as a basis to deny renewal. I have never defaulted on my lease obligations with Extra Space. Using my past bankruptcy, which has no relation to Extra Space, as a basis to terminate or deny me services is unlawful discrimination under 11 U.S.C. § 525(a).

Further, given my family's ongoing disputes with Extra Space at another location and our multiracial heritage (Swedish/Navajo/Belizean), this sudden and baseless termination has the appearance of retaliatory and discriminatory action. Such conduct also violates the Unruh Civil Rights Act (Cal. Civ. Code § 51), which prohibits arbitrary discrimination by business establishments.

3. Demand for Immediate Action
I demand written confirmation by close of business today that:

- My lease for Unit #4060 remains valid,
- My access to the Los Gatos facility is fully restored, and
- The "move out confirmation" has been rescinded.

If I am denied access to my property or further retaliated against, I will pursue immediate legal relief in federal court, including an application for a Temporary Restraining Order (TRO) and damages for breach of contract, discrimination, and retaliation.

Please treat this message as formal notice and preserve all records, including chat logs, emails, and internal communications, as they will be relevant in ongoing litigation.

Sincerely,


Todd Myers
Unit #4060 – Los Gatos Facility




Begin forwarded message:
From: Niklas Todd Myers <hockey_check@me.com>
Subject: Formal Response – Lease Agreement in Good Standing
Date: September 8, 2025 at 3:00:47 PM PDT
To: zz 1296 Los Gatos – University Ave Site <fac1296@extraspace.com>


Subject Formal Response – Lease Agreement in Good Standing

Dear Ms. Mendez,

I am writing regarding your September 8, 2025 email and subsequent chat communication with an Extra Space Storage online chat rep, Jaylen.

- Lease Status: I am in full compliance with my rental agreement at 950 University Ave, Los Gatos. My payment was processed successfully, and my account reflects a $0 balance.

2  Improper Grounds for Non-Renewal: Your representative stated that Extra Space will not renew my lease based on an alleged "pattern" involving unrelated bankruptcies. I have never defaulted on my lease obligations with Extra Space Account #2006107187. A generalized assumption about bankruptcy filings is not listed anywhere in my lease as a ground for termination or non-renewal.

   - California Civil Code § 51 (Unruh Civil Rights Act) prohibits arbitrary discrimination by business establishments

   - 11 U.S.C. § 525 of the U.S. Bankruptcy Code prohibits entities from denying services solely due to a past bankruptcy filing

3  Retaliation Concerns: This sudden action, coming immediately after recent issues raised by my family at another Extra Space location, appears retaliatory and discriminatory

I demand written confirmation no later than close of business today that:

- My lease remains in good standing;

- I will have uninterrupted access to my storage unit; and

- My renewal will not be denied on unlawful grounds.

Failure to provide this assurance will compel me to escalate the matter through legal remedies, including but not limited to a request for injunctive relief and damages under state and federal law.

Respectfully,

Todd Myers

> On Sep 8, 2025, at 2:00 PM, // 1296 Los Gatos - University Ave Site <fac1296@extraspace.com> wrote:
> Hi Todd,
>
> We need you to call the site regarding your account. Thank you.

**noreta mendez| site manager | extra space storage**

On Sep 8, 2025, at 3:14 PM, Extra Space Storage <email@info.extraspace.com> wrote:

Move out confirmation  |  View in browser

<Email_Header_EXR_Logo.png>

<Circle Checkmark_EXR.svg>

## MOVE-OUT CONFIRMATION

Hi Todd,

We've successfully processed your move-out from unit 4060 at the Extra Space Storage location at 950 University Ave, as of 09/07/2025.

Thank you for being an Extra Space Storage customer. Please contact us if you have any questions.

Thank you,
Your Extra Space Storage Team

950 University Ave
Los Gatos, CA 95032
(408) 442-0369

This email was sent to hockey_check@me.com. This email was sent by: Extra Space Storage, 2795 East Cottonwood Pkwy, #300, Salt Lake City, UT 84121. © 2025 Extra Space Storage LLC.

<Acb3SOiZ_I_GWEFeiTq5OW3wedzT9VRDaWyQVDJ8jejX7gZa1_C46xmCVArl6o-misthqaaN6kNplYy5RsrLIA~~.gif>

**(408) 442 - 0369 / extraspace.com**

September 06, 2025 11:44 AM PDT

---

## Move In - Rapid Rental
Transaction # 320511417 / System

| | |
|---|---|
| **Rent 4060**<br>09/06/25 - 10/05/25 | 108.00 |
| **Administration Fee** | 29.00 |
| **First Month Free**<br>1 MONTH | -108.00 |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| Subtotal | 137.00 |
| Discount | -108.00 |
| **Transaction Total** | **$29.00** |

---

## Payment Method

| | |
|---|---|
| **Visa ending in 4920** | 29.00 |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| **Payment Total** | **$29.00** |

*Merchandise Returns will be accepted in original packaging within 30 days of purchase.*

Give yourself one less thing to worry about by signing up for easypay at:

**myaccount.extraspace.com**

# Electronic Record of Contracts

This document was generated as a record of certain contracts created, accepted and stored electronically.

## Summary of Contracts

This document contains the following contracts.

| Title | Version | ID |
|---|---|---|
| CPP - Brochure CA8 | 7.0 | 6747889e9dcd6b81066f17ff |
| Insurance Addendum - CA | 8.0 | 675fd5005830859d824c22c1 |
| Insurance Rejection Form | 5.0 | 67c093ef3e4e3b0efa084c70 |
| Lease Agreement | 15.0 | 68277108a9a301c5bdbe4def |

CPP - Brochure CA8

v7.0 | 6747889e9dcd6b81066f17ff

## Contract details:

| Title | Version | ID |
|---|---|---|
| CPP - Brochure CA8 | 7.0 | 6747889e9dcd6b81066f17ff |

## Contract accepted by:

**Todd Myers**

Signer ID:    **1510929525**

Email:    **hockey_check@me.com**

Date / Time:    **Sep 6, 2025 at 2:45 PM EDT**

IP Address:    **146.74.94.116**

## Metadata provided with the acceptance:

| | |
|---|---|
| AssociationId | 1510929525 |
| AccountNumber | 2006107187 |
| DocumentId | 85020719 |
| email | hockey_check@me.com |
| name | Todd Myers |

CPP - Brochure CA8

# CUSTOMER PROTECTION PLAN

## THE SMART WAY TO INSURE VALUABLES

**Ensure your peace of mind. Insure your valuables**
When it comes to putting your important belongings in storage, some things are out of your control— like flood, fire, windstorms, and vandalism. Homeowner's or renter's insurance policies may provide insurance coverage for property in a storage space, but it might not be enough. With the Customer Protection Plan, you have the insurance you need to store your valuables with confidence and peace of mind.

**Easy and affordable**
The Customer Protection Plan * features affordable rates and no deductible. It is a primary pay policy, meaning this coverage may work with a homeowner's policy that has a high deductible, possibly eliminating out-of-pocket expenses for a covered loss.

The Customer Protection Plan also includes in-transit protection providing coverage for some mishaps while you move your items from home to storage. If you have questions about which items are covered, consult your policy certificate of insurance for details.

**Important information for our customers**
Your self-storage facility is not responsible for any damage or loss to the property you store. All customers are required by the rental agreement to insure property stored at this facility. The insurance company may reinsure a substantial part of your insurance coverage with an affiliate of Extra Space Storage, which could then benefit from your purchase of this insurance. To review a Customer Protection Plan, email Brown & Brown RS Insurance Services, LLC at cpp@bbrown.com.

**Comprehensive Pest and water damage protection**
Almost all standard homeowner's, renter's, and storage insurance policies do not cover pest and water that rises from the ground, like that from a flood, major thunderstorm, or water main breaks.

Flood Protection is included with each standard policy. Coverage for rodent, insect, or vermin is also included up to policy limits (some exclusions apply).

**California earthquake coverage**
You can purchase earthquake coverage with NO DEDUCTIBLE for items stored at Extra Space Storage and affiliates. See the earthquake Add-On rates below.

If you desire this protection speak to your Site Manager about adding coverage. For questions about coverage, email Brown & Brown RS Insurance Services, LLC at cpp@bbrown.com.

CPP - Brochure CA8

**Insurance Rates**

| STANDARD POLICY RATES | |
|---|---|
| Limits | Premium Rates*** |
| $2,000 | $11.20 |
| $3,000 | $16.60 |
| $5,000 | $26.20 |
| $10,000 | $47.30 |
| EARTHQUAKE ADD-ON RATES** | |
| $2,000 | $3.00 |
| $3,000 | $4.50 |
| $5,000 | $7.50 |
| $10,000 | $15.00 |

**Filing a claim is simple**

Step 1: Notify the site manager and take full view color **photos** of your storage unit (including storage unit #) and all of your damaged property. Photograph any forced entry to your unit to accompany with your claim.

If **burglary** is suspected, please contact the local police, and obtain a police report.

Step 2: Make a **list** of what is damaged including details such as: make, model, year purchased, etc.

Step 3: Visit www.cppclaims.com to **file** your claim. Please have your unit number and photos available to submit online. You will also have access to a Content Inventory Form to help organize your damaged/missing property.

**Time is valuable. Don't wait**
The unexpected can happen in an instant, but you can prepare with the Customer Protection Plan.

File a Claim: www.cppclaims.com

Claim Status: www.cppclaims.com
Claim Questions: cppclaimsteam@esis.com
Insurance Questions: cpp@bbrown.com
Toll-free: 877-326-3824

The purchase of insurance through the Customer Protection Plan is not required to lease a rental space.

*Most items in securely locked storage spaces are covered by the Customer Protection Plan and any purchased rider(s). The items not covered include, but are not limited to: deeds, legal documents, money, jewelry, watches, and furs, as well as any item(s) that are kept outside of a securely locked storage unit. Burglary is a covered risk when it's the result of forced entry into a securely locked storage space. Any unearned premium will be returned to insured if policy is cancelled. This brochure is a summary of coverage only and is not a policy or a certificate of insurance. Please refer to the Certificate of Insurance itself for coverage terms, conditions, and exclusions, which apply in the event of loss.*

*This plan is available to customers of:*
**Extra Space Storage (CA License No OE81326)**

You deserve Extra Space.

888-STORAGE

www.extraspace.com

©2025 Extra Space Storage LLC

*Underwritten by companies of IAT Insurance Group*
*\*\*Earthquake Add-On coverage cannot be purchased without the standard policy. Add-On limits expand the coverage up to the standard policy limits, but are not in addition to the standard policy limits.*
\*\*\*Monthly premium includes premium taxes
**California Department of Consumer Hotline Assistance (800)927-4357**

CPP - Brochure CA 20241203

Insurance Addendum - CA

v8.0 | 675fd5005830859d824c22c1

## Contract details:

| Title | Version | ID |
|---|---|---|
| Insurance Addendum - CA | 8.0 | 675fd5005830859d824c22c1 |

## Contract accepted by:

**Todd Myers**

Signer ID: 1510929525

Email: hockey_check@me.com

Date / Time: **Sep 6, 2025 at 2:45 PM EDT**

IP Address: **146.74.94.116**

### Metadata provided with the acceptance:

| | |
|---|---|
| AssociationId | 1510929525 |
| AccountNumber | 2006107187 |
| DocumentId | 85020719 |
| email | hockey_check@me.com |
| name | Todd Myers |

Insurance Addendum - CA

**APPLICATION FOR ACCEPTANCE OR REJECTION OF INSURANCE (MASTER POLICY: IM00002000)**

Space No. : 4060 Facility: **1296 - Los Gatos - University Ave**

**I UNDERSTAND THAT MY PROPERTY IS STORED AT MY SOLE RISK AND THAT I HAVE AGREED TO INSURE MY PERSONAL PROPERTY FOR ITS FULL VALUE AGAINST ALL RISKS**

I also understand that the owner, landlord, lessor or operator of this storage facility:
1) Is a commercial landlord renting storage space, is not a warehouseman, and does not take custody of my property.
2) Is not responsible for any loss to my property.
3) Does not provide insurance on my property for me.

**MY CHOICE OF INSURANCE OPTIONS:**

> **Obtain from my own insurance agent**

Your existing home or business insurance policy might provide similar coverage. We are not qualified to evaluate your policy - an insurance agent will need to provide this service.

> **Obtain insurance available through Brown & Brown RS Insurance Services, LLC from Occidental Fire & Casualty Company of North Carolina.**

I understand and agree that under the options below, to the extent I do not purchase insurance, insurance lapses or do not fully insure my goods, I personally assume all risk of loss of the property in my storage space.

| Customer Initals: TM<br>Electronically Signed On:<br>09/06/2025 14:45:02 EDT | **Monthly Premium**<br><br>$0.00 | **Coverage Election: Declined** | |
|---|---|---|---|
| | | **Added Coverage Riders:**<br>Earthquake | $0.00 |

If Occupant's insurance election is to purchase insurance available through Occidental Fire & Casualty Company of North Carolina, then Occupant also acknowledges the following.

I understand the amount noted is the amount I must pay for the insurance I have selected and is due no later than the date on which my monthly rent is due. This is a maximum coverage limit. The actual amount paid in the event of loss will be determined by proof of loss documentation. I authorize the owner, landlord, lessor or operator of this storage facility to receive the premium and to send it to the insurance company on my behalf.

I hereby apply to Occidental Fire & Casualty Company of North Carlina for insurance in the amount initialed above. I have voluntarily elected to purchase this insurance. I have read and completed this application for insurance provided in the policy underwritten by Occidental Fire & Casualty Company of North Carolina. Occidental Fire & Casualty Company of North Carolina may reinsure a substantial part of your insurance coverage with an affiliate of Extra Space Storage, which would then receive information about your insurance, and could then benefit from your purchase of this insurance.

**APPLICATION PAGE:** When I have properly completed, signed this application, made the first payment of premium and received a Certificate of Storage Insurance and my coverage will be effective as of the date I signed this page, for the amount of insurance I have selected and initialed above.

I understand my insurance will continue on a month-to-month basis as long as I continue to pay the premium noted above. Failure to pay any premium in full will result in the cancellation, without notice, of my insurance.

**ELIGIBILITY:** I understand that the opportunity to purchase insurance on property stored within the building is available to all Tenants/Occupants who have entered into a Rental Agreement with the owner, landlord, lessor or operator for enclosed storage space. Coverage does not apply to property stored in a commercial office suite, retail space, parking space, other open storage areas or any other location.

**POLICY CHANGES:** I understand that I will receive one month's notice of changes to the policy and/or premium rates, and the policy and/or new rate shall be effective on the 1st of the month following the month in which advance notice of such change is provided.

**INSURANCE INFORMATION:** I have received a copy of the Customer Insurance Program Brochure and Certificate of Customer Storage Insurance. If I should need any additional information regarding this program I can call or write Brown & Brown RS Insurance Services, LLC at the phone number or address listed below. **For the purpose of identification and reference, the printed number of the Rental Agreement is deemed to be the certificate number assigned to the Customer Protection Plan Certificate. Brown & Brown RS Insurance Services, LLC is an independent licensed insurance broker which represents Occidental Fire & Casualty Company of North Carolina.**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

Brown & Brown RS Insurance Services, LLC
Six Concourse Parkway
Suite 2300
Atlanta, GA 30328
(404) 460-1400 --- select Option 1

**Manager of this facility is NOT an insurance agent. Please do not direct questions regarding insurance to them. Contact Brown & Brown at cpp@bbrown.com.**

Tenant/Occupant Signature: Todd Myers
Electronically Signed On:
09/06/2025 14:45:02 EDT

CPP - Application CA 202409

Insurance Application

Insurance Rejection Form

## Contract details:

| Title | Version | ID |
|---|---|---|
| Insurance Rejection Form | 5.0 | 67c093ef3e4e3b0efa084c70 |

## Contract accepted by:

**Todd Myers**

Signer ID:   **1510929525**

Email:   **hockey_check@me.com**

Date / Time:   **Sep 6, 2025 at 2:45 PM EDT**

IP Address:   **146.74.94.116**

Metadata provided with the acceptance:

| | |
|---|---|
| AssociationId | 1510929525 |
| AccountNumber | 2006107187 |
| DocumentId | 85020719 |
| email | hockey_check@me.com |
| name | Todd Myers |

Insurance Rejection Form

**Insurance Rejection Form**

Customer shall maintain comprehensive insurance coverage equal to 100% of the actual cash value of all personal property stored in the Space against damage by water, fire, extended coverage perils, vandalism, burglary, or loss due to any cause. To the extent Customer does not maintain insurance for the full cash value of the personal property stored, Customer shall be deemed to have 'self-insured' and shall bear all risk of loss or damage.

PERSONAL PROPERTY STORED IN THE SPACE IS NOT INSURED BY OPERATOR OR THE OWNER AGAINST LOSS OR DAMAGE.

Customer hereby releases Operator, Owner and Operator's Agents from any and all claims for damage or loss to personal property that are caused by or result from perils that are, or would be, covered under the required insurance policy and hereby waives any and all rights of recovery against Operator, Owner and Owner's Agents in connection with any damage which is or would be covered by any such insurance policy.

**I have had the risks of choosing not to insure my stored items explained to me and I elect to use an alternative source of insurance without proving coverage and I accept all risk by waiving all liability for the contents of my unit due to damage suffered by way of an insurable event.**

Unit # 4060

Customer Signature: Todd Myers
Electronically Signed On:
09/06/2025 14:45:02 EDT



Lease Agreement

Contract details:

| Title | Version | ID |
|---|---|---|
| Lease Agreement | 15.0 | 68277108a9a301c5bdbe4def |

Contract accepted by:

**Todd Myers**

Signer ID:  **1510929525**
Email:  **hockey_check@me.com**

Date / Time:  **Sep 6, 2025 at 2:45 PM EDT**
IP Address:  **146.74.94.116**

Metadata provided with the acceptance:

| AssociationId | 1510929525 |
|---|---|
| AccountNumber | 2006107187 |
| DocumentId | 85020719 |
| email | hockey_check@me.com |
| name | Todd Myers |

Lease Agreement

# ExtraSpaceStorage.

Extra Space Storage__
<u>950 University Ave</u>
<u>Los Gatos CA, 95032</u>
<u>4084420369</u>

**Rental Agreement Date:** <u>Sep 06, 2025</u>
**Rental Start Date:** <u>Sep 06, 2025</u>
**Account ID:** <u>2006107187</u>
**Space Number:** <u>4060</u>
**Approximate Size:** <u>5x4</u>
**Monthly Rental Charge:** <u>$108.00</u>
**Monthly Due Date:** <u>6</u>
**Paid Through Date:** <u>10/5/2025</u>
**Monthly Billing Election:** <u>N</u>

| **CUSTOMER** | **ALTERNATE CONTACT** |
|---|---|
| Name <u>Todd Myers</u> | Name |
| Address <u>101 S Santa Cruz Ave #488</u> | Address |
| City, State ZIP <u>Los Gatos , CA 95031</u> | City, State ZIP , |
| Cell Phone <u>6503058556</u> | Cell Phone |
| Alternate Phone | E-mail |
| Identification <u>CA E3158755 2028-06-01</u> | Authorized for Access? <u>False</u> |
| Date of Birth <u>6/1/1993</u> | *If alternate information is refused, customer must sign here.* |
| E-mail <u>hockey_check@me.com</u> | X <u>Todd Myers</u> Electronically signed on: <u>09/06/2025 14:45:02 EDT</u> |

**Others Authorized for Access (other than Customer):** ,_,

**\* Operator, in its sole discretion, may provide any individual(s) authorized for access in this Agreement with gate code, unit no., account information, and assist with lock cutting**

| Addendums | Is there a lien on any of the items to be stored? If yes, Lien Addendum is required. | Is a vehicle that requires state registration being stored? If yes, Vehicle Addendum is required. | Is Customer or Customer's spouse a service member in the military? If yes, Military Addendum is required. | Is Customer a business? If yes, Business Addendum is required. |
|---|---|---|---|---|
| | No | No | No | No |

**General Description of Property Stored:** <u>hockey equipment,</u> <u>off-season clothing, family heirlooms, extra office equipment</u>

**Declared Value of Property Stored:** <u>$10,000.00</u>

CPP - COI Base

| Customer acknowledges that the information provided above is accurate and current. | Customer signature: Todd Myers<br>Electronically signed on: 09/06/2025 14:45:02 EDT |
| --- | --- |

THIS RENTAL AGREEMENT ("**Agreement**") is executed on the date stated above by and between EXTRA SPACE MANAGEMENT, INC. ("**Operator**") as agent for the Facility's owner or any other entity with whom Operator has entered into a management agreement for the Facility, as applicable, and the individual or business listed above ("**Customer**") for the purpose of renting the space listed above (the "**Space**") which is part of a larger facility (the "**Facility**"). The Facility will be operated under the brand name Extra Space Storage. **CUSTOMER HAS EXAMINED THE SPACE AND FACILITY AND ACCEPTS THEM "AS IS." Customer acknowledges and agrees the measurements noted for the Facility and the spaces located thereon are an approximation only, do not refer to usable space and that the size of the Facility and any referenced sizes are approximate, given for illustration only and may vary materially.** Spaces may be smaller or larger than advertised. Spaces are not rented on a square foot basis and rent is not based on square foot measurements. Operator does not represent or guarantee the safety of the Facility or the personal property stored by Customer. **THE RULES AND REGULATIONS POSTED AT THE FACILITY, IF ANY, ARE BY REFERENCE MADE PART OF THIS AGREEMENT,** which rules and regulations may be modified by Operator to assist with the operation, safety, and cleanliness of the Facility. The Facility is operated in accordance with state and local laws governing self-storage facilities in the state where the Facility is located, which are herein incorporated by reference.

**TERM, MONTHLY RENTAL AMOUNTS AND OTHER CHARGES**

1) The term of this Agreement begins on the Rental Start Date listed above and shall continue on a **MONTH-TO-MONTH** basis until terminated.

2) The first Monthly Rental Charge and a one-time, non-refundable, administration fee shall be paid on the Rental Agreement Date listed above. Thereafter, the Monthly Rental Charge shall be due on the same day every month (the "**Monthly Due Date**"). The period between consecutive Monthly Due Dates is referred to as the "**Rental Month.**" The last day of the Rental Month for which all Monthly Rental Charges have been paid is the "**Paid Through Date.**" Customer shall pay Operator the Monthly Rental Charge, taxes and insurance in advance, without prior notice or billing from Operator. **NO MONTHLY BILLS OR STATEMENTS WILL BE SENT TO CUSTOMER UNLESS ELECTED ABOVE.** If Customer elects to receive monthly billing, a monthly service charge of $1.00 shall be added to Customer's account.

3) **If Customer does not pay the Monthly Rental Charge by the 10th day following Customer's Paid Through Date, Customer shall pay a late fee of $10.00 for Monthly Rental Charges of $60.00 or less, $15.00 for Monthly Rental Charges between $60.01 and $100.00, or the greater of $20.00 or 15% of Monthly Rental Charges over $100.00. Operator may charge a late fee for each month Customer fails to pay the Monthly Rental Charge by the 10th day following the Paid Through Date. Late Fees will be assessed on or after the 11th day following Customer's current Paid Through Date.** Any late fees incurred by Customer are a service charge and not a penalty. Partial payments will not be accepted, however, if a partial payment is accepted it will be at the sole discretion of Operator and if accepted will first be applied to fees and service charges, then to Monthly Rental Charges, taxes and insurance (if applicable and Customer wants to keep the insurance). If at the close of business on the 30th day following the Customer's current Paid Through Date, the Monthly Rental Charge or other charges still remain past due, a pre-foreclosure fee of **$120.00** will be assessed and Customer must pay such past due amount by cash, credit card, or by certified funds. No personal/company checks will be accepted for past-due payments. It is agreed to and understood that partial payments made to cure a default for nonpayment of rent will not delay or stop foreclosure and sale of Customer's property. The tender of partial payments, if accepted, shall not serve to waive or avoid the legal effect of prior notices given to Customer. Only full payment on Customer's account prior to the published auction date will stop a scheduled sale of the property.

4) **Customer's Rental Terms May Change with 30 Days' Notice.** Customer acknowledges this Agreement is month to month and that Operator may change or increase Customer's Monthly Rental Charge, fees and charges, due to changes in market conditions or for any other reason at any time upon 30 days' notice to Customer. Operator may send notice to Customer's e-mail address or by any other method of notice described in Section 32 below. By continuing to use the Space after a rate change, Customer agrees to the Rental Agreement as changed and that all of its other terms remain in effect.

5) **IF CREDIT CARD OR OTHER PAYMENT INFORMATION IS PROVIDED BY CUSTOMER TO OPERATOR, CUSTOMER**

AUTHORIZES OPERATOR TO AUTOMATICALLY PROCESS THE PAYMENT VIA THE METHOD PROVIDED ON OR NEAR THE MONTHLY DUE DATE FOR MONTHLY RENTAL CHARGES, TAXES, INSURANCE, AND OTHER FEES AS APPLICABLE UNLESS OTHERWISE DIRECTED BY CUSTOMER. IT SHALL BE CUSTOMER'S SOLE RESPONSIBILITY TO PROVIDE OPERATOR WITH ACCURATE, CURRENT AND WORKING PAYMENT INFORMATION. THE FAILURE TO PROVIDE SUCH MAY RESULT IN NON-PAYMENT OF MONTHLY RENTAL CHARGES AND OTHER ACCRUED CHARGES, ALLOWING OPERATOR TO SELL CUSTOMER'S PERSONAL PROPERTY PURSUANT TO SECTION 22 BELOW. IT SHALL BE CUSTOMER'S SOLE RESPONSIBILITY TO VERIFY THAT PAYMENTS ARE MADE AND BY WHAT METHOD PAYMENTS ARE MADE. CUSTOMER MAY CANCEL AUTOMATIC PAYMENTS AT WWW.EXTRASPACE.COM USING THE ACCOUNT MANAGEMENT TOOL BY LOGGING IN AND CLICKING "CANCEL AUTOPAY" OR IN PERSON AT THE FACILITY'S OFFICE.

| |
|---|
| Customer Initials: TM |
| Electronically signed on: 09/06/2025 14:45:02 EDT |

6) Any checks returned for insufficient funds will result in a $25.00 service charge to Customer, and the returned check amount and service charge must be re-paid by cash, credit card, or money order. Customer shall not be permitted to pay with a check after two checks have been returned for insufficient funds. Operator may also, at its discretion, refuse to accept credit card payments if Customer's credit card charges have been disputed.

**ARBITRATION**

7) **Agreement to Arbitrate:** By initialing below, Customer agrees that, either Customer or Operator may elect to resolve any dispute by neutral, binding arbitration, on an individual basis only, and not by a court action, subject to the exceptions and terms set forth below. Customer acknowledges that he/she had the option of entering into an Agreement without an Arbitration provision, but voluntarily chose to enter into an Agreement with an Arbitration provision.

Except as provided below, Operator and Customer agree to arbitrate all Claims and Disputes between Operator and Customer.

"Claims" are any claims or controversies, at law or in equity, against each other related in any way to or arising out of in any way to this Rental Agreement, the Customer's use or occupancy of the Space and this Property and any claim of bodily injury or property damage, or the enforcement of any remedy under any law, ordinance, statute or regulation, even if it arises after the Agreement has terminated. "Claims" include, but are not limited to, claims related in any way to or arising out of in any way to any aspect of the relationship between Operator and Customer, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory. "Claims" also include such claims that Customer brings against Operator's employees, agents, parents, subsidiaries, affiliates, or other representatives or that Operator brings against Customer.

"Disputes" include without limitation disputes arising out of relating to interpretation or application of this Arbitration Provision, including the enforceability, revocability or validity of the Arbitration Provision or any portion of the Arbitration Provision. All such matters shall be decided by an Arbitrator and not by a court or judge.

Unless Customer and Operator each agree otherwise, the Arbitration will be conducted by a single, neutral third party arbitrator. OPERATOR AND CUSTOMER WAIVE THEIR RIGHT TO TRIAL BY JURY OR IN A COURT. The party initiating the arbitration shall select the arbitration organization, subject to the other party's agreement to use such arbitration organization, which shall not unreasonably be withheld. Unless otherwise agreed, the arbitration shall take place within the County where the defendant/respondent resides. The applicable rules of the arbitration organization will govern the arbitration.

For Claims that do not exceed the jurisdictional limit of small claims court, Operator and Customer agree to bring such Claims in small claims court instead of arbitration, and the rules of the small claims court shall apply. If the Claim does not qualify to be brought in small claims court, Operator will pay for the arbitration administrative or filing fees, including the arbitrator fees, up to an aggregate

total of $2,500.

OPERATOR AND CUSTOMER AGREE THAT THEY WILL ONLY PURSUE ARBITRATION ON AN INDIVIDUAL BASIS AND WILL NOT PURSUE ARBITRATION OR ANY OTHER CLAIM ON A CLASS-WIDE, REPRESENTATIVE, OR CONSOLIDATED BASIS. OPERATOR AND CUSTOMER ALSO AGREE THAT THEY WILL NOT PARTICIPATE AS A MEMBER OF A CLASS, AS A CLASS REPRESENTATIVE, OR IN A CONSOLIDATED ACTION.

The right to arbitration under this Arbitration Provision is protected by, and any arbitration shall be governed by, the Federal Arbitration Act (9 U.S.C. §1 et seq.). The Operator and Customer agree that the Operator's business and the relationship here involve interstate commerce.

**Claims Not Subject to Arbitration.** Either Operator or Customer may bring Claims in small claims court. Operator retains the right to pursue any eviction, action to enforce a lien and/or unlawful detainer remedies in any court. Operator retains the right to conduct a lien sale. Either Operator or Customer may pursue the self-help and other remedies and defenses provided in Business and Professions Code section 21700 et seq. However, this exception does not include Claims that are derivative or based on violations of Business and Professions Code section 21700 et seq., including without limitation Claims for violation of Business and Professions code section 17200 et seq., conversion, negligence, breach of contract, or other violations of state or federal law; any such Claims shall be subject to arbitration under the terms of this Arbitration Provision unless brought in small claims court.

__X__ Customer agrees to the Arbitration Provision
_____ Customer refuses the Arbitration Provision

| |
|---|
| Customer Initials: <u>TM</u><br>Electronically signed on: <u>09/06/2025 14:45:02</u><br><u>EDT</u> |

## ACCESS

8) Customer shall have access to the Space and the Facility only during such hours and days as are regularly posted at the Facility, which are subject to change by Operator. Any access to the Facility outside of access hours is considered trespassing. If Monthly Rental Charges have not been timely received, Operator may invalidate Customer's gate code after the fifth day of the month. This shall serve as notification that rent is due and not paid according to Operator's records. Notwithstanding, Customer shall have the right to access to Customer's property or to occupancy of Customer's Space until the time set forth in the Preliminary Lien Notice sent to Customer has expired, and such access will be permitted upon Customer's request during regular office hours. If Customer is renting more than one Space at any given time, default on one rented Space shall constitute default on all rented Spaces, entitling Operator to deny access to Customer on all rented Spaces.

9) Customer shall provide the lock for the rental Space sufficient to secure Customer's personal property unless a permanent lock is already installed on the unit. Operator does not represent the adequacy of any particular lock, Customer shall not provide Operator, Operator's agents, authorized representatives and employees (collectively "**Operator's Agents**") with a key or any kind of access code to Customer's Space.

10) Customer grants Operator and Operator's Agents or any governmental authority access to the Space: a) upon three (3) days prior written notice, b) upon default of the Agreement by Customer for thirty (30) days, c) in emergency circumstances (defined as imminent injury to persons or property), or d) as required by law. If Customer fails to grant access, Operator, Operator's Agents or the agents of any governmental authority shall have the right to remove Customer's lock and enter the Space to examine the contents, to make repairs or alterations, to take reasonable steps to preserve the Space, to comply with the law, or to enforce Operator's rights; including the right to relocate Customer's belongings if necessary. In the event that Operator must replace the lock, Operator may charge Customer for the lock.

11) Customer shall safeguard any property stored at the Facility. It is Customer's sole responsibility as to those persons who are given access to Customer's Space and Operator shall not be liable for anyone other than Customer entering the Space unless by Operator's gross negligence.

## LIMITATIONS ON USE OF THE SPACE AND FACILITY

12) Customer shall not make or allow any alterations to the Space. Customer agrees that the Space and Facility shall be used solely for the storage of personal property. Customer shall not loiter about the Facility, spend excessive or unnecessary time in or around the

Space or interfere with the use of the Facility by other customers of Operator. Customer shall not use the Space for any unlawful purpose and expressly agrees not to use the Space for human or animal habitation. Customer shall not store in the Space or at the Facility anything to which any other person or business has right, title, or interest. Customer represents and warrants that there are NO LIENS OTHER THAN OPERATOR'S LIEN UPON THE PROPERTY STORED. A Lienholders Addendum to this Agreement must be completed if there are any lienholders on any stored property and for each stored vehicle, absent which such vehicle will be deemed unauthorized and be subject to removal from the Space and Facility. The storage of food and any perishable goods is strictly prohibited. The use of electricity in the Space is strictly prohibited unless agreed upon in writing by Operator. **IT IS SPECIFICALLY UNDERSTOOD AND AGREED THAT CUSTOMER SHALL NOT STORE OR USE IN THE SPACE OR AT THE FACILITY ANY HAZARDOUS OR TOXIC MATERIALS OR ANY INHERENTLY DANGEROUS OR FLAMMABLE SUBSTANCE.** In the event that any food, hazardous substances, or toxic materials are found in the Space, Operator has the right to dispose of such items without any notice to Customer.

13) Customer agrees that the Space is not appropriate for the storage of jewels, furs, heirlooms, art works, collectibles or other irreplaceable items having special sentimental or emotional value to Customer and Customer agrees not to store said items. Customer hereby waives any claim for sentimental or emotional value for Customer's property that is stored in the Space or at the Facility.

14) If the Space is so equipped, Customer is prohibited from storing any items within 18" of the clearance to the fire sprinkler head diffuser for life safety reasons. Customer acknowledges that any items stored within 18" of the clearance of the fire sprinkler head diffuser may be removed by Operator and placed in a separate space without notice to Customer, all at Customer's expense.

**LIMITATION OF OPERATOR'S LIABILITY AND INDEMNITY**

15) **OPERATOR IS NOT A WAREHOUSEMAN ENGAGED IN THE BUSINESS OF STORING GOODS FOR HIRE, AND NO BAILMENT IS CREATED BY THIS AGREEMENT. OPERATOR EXERCISES NEITHER CARE, CUSTODY, NOR CONTROL OVER CUSTOMER'S STORED PROPERTY AND ALL PROPERTY STORED WITHIN THE SPACE OR AT THE FACILITY BY CUSTOMER SHALL BE STORED AT CUSTOMER'S SOLE RISK.**

16) Operator, Operator's Agents, Operator's affiliates and the Facility's owner or any other entity with whom Operator has entered into a management agreement for the Facility, if different, shall not be liable to Customer for any damage or loss to any person or property at the Facility and to any property stored in the Space, arising from any cause whatsoever, including, but not limited to, theft, fire, mysterious disappearance, mold, mildew, water, rain, rodents, insects, acts of God, partial or sole negligence or failure to act of Operator or Operator's Agents, except for damage or loss resulting from Operator's fraud, gross negligence or willful violation of law. Customer shall indemnify and hold Operator, Operator's Agents, Operator's affiliates and the Facility's owner or any other entity with whom Operator has entered into a management agreement for the Facility, if different, harmless from any and all damage, loss, or expense arising out of or in connection with any damage to any person or property, occurring in the Space or at the Facility arising in any way out of Customer's use of the Facility, even if such damage or loss is caused entirely or in part by the negligence of Operator, Operator's Agents, Operator's affiliates or the Facility's owner or any other entity with whom Operator has entered into a management agreement for the Facility, if different. Operator, Operator's Agents, Operator's affiliates and the Facility's owner or any other entity with whom Operator has entered into a management agreement for the Facility, if different, shall not be liable whatsoever to any extent to Customer or Customer's invitees, family, employees, agents or servants for any personal injury or death arising from Customer's use of the Space or Facility from any cause whatsoever including, but not limited to, the active or passive acts, omissions or negligence of Operator or Operator's Agents. Customer shall be responsible to pay or reimburse Operator for any damage caused to the Space or Facility by Customer or Customer's invitees, regardless of fault.

17) Climate controlled spaces are heated and cooled depending on outside temperature. These spaces do not provide constant internal temperature or humidity control. Operator does not warrant or guarantee temperature or humidity ranges in the Space due to changes in outside temperature and humidity, or due to other considerations, and Customer understands and assumes the risk of climate controlled spaces not meeting certain temperature and humidity requirements.

18) **Customer agrees that the total value of the property stored shall not exceed $5,000 unless Operator has agreed in writing for Customer to store property exceeding $5,000; provided that Customer agrees that Operator's maximum liability to Customer for any claim or suit by Customer, including but not limited to any personal injury suit, or suit alleging wrongful foreclosure or sale of Customer's property is $5,000. This section shall not create any liability on the part of Operator to Customer for any loss or damage to Customer's property, regardless of cause.**

19) No promises or representations of safety or security have been made to Customer by Operator or Operator's Agents. Operator makes no representation that video surveillance is present at any location or in any portion of a Facility and video surveillance equipment may be changed or removed at any time by Operator. There shall be no liability to Operator, Operator's Agents, Operator's affiliates or the Facility's owner or any other entity with whom Operator has entered into a management agreement for the Facility, if different, in the event alarm, video system or sprinkler system, or any components thereof, shall fail or malfunction. **Video recording devices are not monitored.**

20) Operator's Agents are not authorized or permitted to make any warranties about the Space or the Facility. Operator's Agents' ORAL STATEMENTS DO NOT CONSTITUTE WARRANTIES and shall not be relied upon by Customer. The entire agreement and understanding of the parties hereto are embodied in this writing and NO OTHER WARRANTIES are given.

**INSURANCE**

21) **Customer shall maintain comprehensive insurance coverage of at least 100% of the actual cash value of all personal property stored in the Space against damage by water, fire, extended coverage perils, vandalism and burglary. To the extent Customer does not maintain insurance for the full value of the personal property stored, or fails to maintain insurance at all, Customer bears all risk of loss or damage.** Customer hereby releases Operator, Operator's Agents, Operator's affiliates and the Facility's owner or any other entity with whom Operator has entered into a management agreement for the Facility, if different, from any and all claims for damage or loss to personal property that are caused by or result from perils that are, or would be, covered under the required insurance policy and hereby waives any and all rights of recovery against Operator, Operator's Agents, Operator's affiliates and the Facility's owner or any other entity with whom Operator has entered into a management agreement for the Facility, if different, in connection with any damage which is or would be covered by any such insurance policy. **CUSTOMER'S PERSONAL PROPERTY STORED IN THE SPACE OR AT THE FACILITY IS NOT INSURED BY OPERATOR AGAINST LOSS OR DAMAGE.**

**OPERATOR'S LIEN AND RIGHT TO ENFORCE UPON NONPAYMENT**

22) **CUSTOMER ACKNOWLEDGES AND AGREES THAT CUSTOMER'S PERSONAL PROPERTY STORED AT THE FACILITY WILL BE SUBJECT TO A CLAIM OF LIEN IN FAVOR OF OPERATOR FROM THE DATE THE MONTHLY RENTAL CHARGE AND OTHER CHARGES ARE DUE AND UNPAID FOR MORE THAN 14 DAYS, AND FOR EXPENSES REASONABLY INCURRED IN THE SALE OR DISPOSITION OF CUSTOMER'S STORED PERSONAL PROPERTY IN ACCORDANCE WITH BUSINESS AND PROFESSIONS CODE SECTION 21700, ET SEQ., OPERATOR MAY SELL CUSTOMER'S PERSONAL PROPERTY IN A COMMERCIALLY REASONABLE MANNER AFTER GIVING CUSTOMER REASONABLE NOTICE, IN ORDER TO SATISFY SUCH LIEN IN ACCORDANCE WITH BUSINESS AND PROFESSIONS CODE SECTION 21700, ET SEQ. CUSTOMER AGREES THAT ANY SPACE ADVERTISED AND SOLD USING AN ONLINE AUCTION PROVIDER IS DEEMED TO BE SOLD IN A COMMERCIALLY REASONABLE MANNER.** Operator may enforce Operator's Lien by selling Customer's stored personal property at public sale, in accordance with the provisions of applicable law, and apply the net proceeds from such sale to the payment of all sums due to Operator. This remedy is cumulative with and in addition to every other remedy given hereunder or hereafter existing at law or in equity. It is further understood that the date of sale of Customer's property pursuant to this section, if applicable, shall constitute the date of termination of this Agreement. In the event of a foreclosure of Customer's interest in the Space, it is understood and agreed that the liability of Customer for the rents, charges, costs and expenses provided for in this Agreement shall not be relinquished, diminished or extinguished prior to payment in full. Operator may use a collection agency to secure any remaining balance owed by Customer after the application of sale proceeds, if any. If any property remains unsold after foreclosure and sale, Operator may dispose of said property in any manner considered appropriate by Operator in its sole discretion.

23) Any time prior to lien sale, any person claiming a right to Customer's liened property may stop the sale by **paying in full in the form of CASH ONLY** all amounts owed. Upon release of such property to the payor, Operator shall have no further liability to any person for the liened property.

24) In addition to any other requirements of applicable law, Operator may post information relating to any public sale resulting from Operator's enforcement of its lien at the following website: http://auctions.extraspace.com.

25) If Customer is at least 60 days delinquent and Customer's stored property is a vehicle, watercraft or trailer, in lieu of sale pursuant to Section 22 above, Operator may tow or cause to be towed from the Facility, such vehicle, watercraft or trailer. Operator is not responsible for damage or loss once tower takes possession, in accordance with business and professions code section 21700 et seq.

**EVENT OF DEFAULT**

26) If Customer shall fail or refuse to perform any of the covenants, conditions or terms of this Agreement, or in the event Customer files a voluntary petition in Bankruptcy or suffers a petition in involuntary bankruptcy to be filed against him/her, Customer shall be deemed in default in the performance of this Agreement, except as limited by law. Nothing contained in this Agreement shall be construed as limiting Operator's rights and remedies as provided under the laws of the state where the Facility is located. In the event of a default, and without prejudice to any other remedies, Operator may (a) terminate this Agreement, or (b) seize and sell the personal property pursuant to Section 22 above.

**TERMINATION OF THE AGREEMENT AND VACATING THE SPACE**

27) Customer must provide Operator notice prior to vacating the Space and terminating this Agreement. Operator shall not be required under any circumstance to refund Customer's first month's rent or other charges paid by Customer to Operator, except as set forth in this refund policy. In addition, Operator shall not be required to prorate Monthly Rental Charges if Customer gives notice of termination to Operator and the termination date occurs during a Rental Month for which Customer already paid the Monthly Rental Charge. However, if Customer's notice of termination includes a date of termination that is to occur during a future Rental Month, Operator shall prorate the Monthly Rental Charge for the Rental Month wherein termination occurs. Furthermore, Customer shall be entitled to a refund of any prepaid Monthly Rental Charges only if (a) Customer has not occupied the Space for any portion of the prepaid Rental Month at the time of termination and (b) such prepaid Monthly Rental Charges are greater than $25.00.
Customer agrees to the refund policy outlined above.

> Customer Initials: <u>TM</u>
> Electronically signed on: <u>09/06/2025</u>
> <u>14:45:02 EDT</u>

28) If Customer is in default under this Agreement, or for any other reason in Operator's sole discretion, Operator may terminate this Agreement by giving Customer fifteen (15) days written notice.

29) If Customer or Operator terminates this Agreement as provided above, Customer agrees to move out and completely vacate the Space on or prior to the anticipated termination date. Customer shall leave the Space in the same condition as delivered to Customer. Any property left behind will be considered abandoned property and Operator may dispose of such in accordance with applicable California law. If Operator is forced to dispose of any abandoned property or forced to clean the Space, Operator may charge Customer a reasonable cleaning fee, which shall be an amount no less than $50.00. Upon Customer's notice of termination, Operator may consider this Agreement terminated and may relet the Space any time after the notification date provided. Customer shall be deemed to have conclusively abandoned all property which remains in the Space or on the Facility after the termination of this Agreement, upon default of this Agreement for thirty (30) days, or when Operator concludes based upon other reasonable considerations, including, but not limited to an unlocked Space, that Customer has abandoned Customer's property and the Space. All notices related to termination and abandoned property shall be provided in accordance with applicable California law.

**AMENDING THE AGREEMENT**

30) All terms in this Agreement are **SUBJECT TO CHANGE** upon thirty (30) days written notice to Customer, including but not limited to, and without limitation, Monthly Rental Charges, late fees and other charges. Upon receiving notice of Operator's pending change(s) to this Agreement, Customer may terminate this Agreement on or before the effective date of such change by giving Operator written notice within ten (10) days of the change taking effect. If Customer does not give such notice of termination, the change shall become effective on the date stated in Operator's notice and shall thereafter apply to the occupancy hereunder, whether or not Customer has agreed to the change in writing.

**NOTICE**

31) Customer shall notify Operator of any change in Customer's address or phone number within ten (10) days of the change. Such notifications shall be (a) by certified mail, return receipt requested, postage prepaid, (b) delivered in person at the Facility's rental office (c) sent from customer via electronic mail so long as the change of address request originates from the e-mail address Operator has on file for Customer, including the e-mail address provided in this Agreement if applicable, or (d) made at www.extraspace.com via online account management. Failure by Customer to notify Operator shall constitute a waiver by Customer of any defense based on failure to receive any notice.

32) Customer recognizes it is entering into a business relationship with Operator and to the fullest extent permitted by law, expressly consents to Operator contacting Customer via phone, e-mail or text messaging (including automated calls/messages) at any time, day or night, for purposes relevant to Customer's account or services related to Operator's business. **BY INITIALING BELOW, CUSTOMER AGREES THAT OPERATOR MAY PROVIDE ALL NOTICES AND OTHER INFORMATION REGARDING CUSTOMER'S ACCOUNT THROUGH THE E-MAIL ADDRESS REFLECTED IN OPERATOR'S RECORDS, OR IN A SUBSEQUENT WRITTEN CHANGE OF E-MAIL ADDRESS ACCORDING TO THE PROCEDURES DESCRIBED HEREIN.** Customer should review Customer's phone/text plan with its servicer to see if text message fees or data service rates apply and Customer agrees to accept such charges if applicable. Except as otherwise required by law, or as otherwise provided for in this Agreement, written notices or demands may be personally served by electronic mail to the electronic mail address provided by Customer in this Agreement for Customer and for its alternate contact if an e-mail address is provided (or updated electronic e-mail address per separate notification as applicable) or by pre-paid first class U.S. Mail to the last known address of the party to be served, as contained in this Agreement. Such notice or demand shall be complete on the date sent to Customer's e-mail address listed on this Agreement (or updated e-mail address per separate notification as applicable), if personally delivered (including e-mail), or on the date of pre-paid, properly addressed deposit with the U.S. Postal Service. If the Customer previously provided an e-mail address to a prior owner or operator and received this Agreement due to a missing rental agreement or the Facility's transition to Operator, Operator will consider the e-mail address on file as the Customer's consent to receive rental related or legally required communications and will continue to use e-mail for such purposes, except where restricted by state lien law.

Customer Initials: <u>TM</u>
Electronically signed on: <u>09/06/2025</u>
<u>14:45:02 EDT</u>

**MISCELLANEOUS**

33) Customer shall not assign, sublease or jointly occupy the Space or any portion thereof without in each instance obtaining the prior written consent of Operator.

34) All of the provisions of this Agreement shall be binding upon the heirs, executors, administrators, representatives, successors and assignees of the parties hereto.

35) Operator and Customer hereby waive their respective rights to trial by jury of any cause of action, claim, counterclaim, or cross complaint, at law or in equity brought by either Operator against Customer or Customer against Operator arising out of or in any way connected with this Agreement, Customer's use or occupancy of the Space and the Facility or any claim of bodily injury or property damage, or the enforcement of any remedy under any law, ordinance, statute or regulation. Operator and Customer agree that no arbitration, small claims court proceeding or any other action or proceeding shall be brought against Operator or Customer more than one (1) year after the accrual of the cause of action or one (1) year after the claim arises, whichever is shorter, whether known or unknown when the claim arises or whether based on tort, contract or any other legal theory.

36) If Customer is not an individual, the undersigned warrants that he or she is an authorized agent of Customer.

37) If Customer or Customer's spouse is in the military service, Customer must fill out the Addendum to this Agreement regarding military. If Customer's military status (or Customer's spouse's military status) changes during the term of this Agreement, Customer must provide written notice to Operator. Operator will rely on this information to determine the applicability of the Servicemembers Civil Relief Act.

38) Customer represents and warrants to Operator that Customer is not a party with whom Operator is prohibited from doing business

pursuant to the regulations of the Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury, including those parties named on OFAC's Specially Designated Nationals and Blocked Persons List. Customer is currently in compliance with, and shall at all times during the Agreement term remain in compliance with, the regulations of OFAC and any other governmental requirement relating thereto. In the event of any violation of this section, Operator shall be entitled to immediately terminate this Agreement and take such other actions as are permitted or required to be taken under law or in equity. CUSTOMER SHALL DEFEND, INDEMNIFY AND HOLD HARMLESS OPERATOR FROM AND AGAINST ANY AND ALL CLAIMS, DAMAGES, LOSSES, RISKS, LIABILITIES AND EXPENSES (INCLUDING ATTORNEYS' FEES AND COSTS) INCURRED BY OPERATOR ARISING FROM OR RELATED TO ANY BREACH OF THE FOREGOING CERTIFICATIONS. These indemnity obligations shall survive the expiration or earlier termination of this Agreement.

39) This Agreement contains the entire agreement of the parties and no representation or agreements, oral, or otherwise, between Operator and Customer not embodied herein shall be of any force or effect (except for written addenda agreed to between the parties).

40) By signing this Agreement, Customer acknowledges, accepts and consents to the collection and use of its data in accordance with the Extra Space Storage Privacy Policy located at www.extraspace.com/help/privacy.

41) Operator hereby notifies Customer that it operates pursuant to adopted environmental, social and governance (ESG) initiatives reported annually at https://ir.extraspace.com/sustainability.

Operator and Customer hereby execute this Agreement to be effective on the Rental Agreement Date listed above.

_____
OPERATOR

Customer Signature: Todd Myers
Electronically signed on: 09/06/2025 14:45:02 EDT
CUSTOMER

California Lease - 2502

Exhibit E

From: **Logan Blömqvist** logan.blomqvist@icloud.com
Subject: Justification for reasonable accommodations
Date: July 31, 2024 at 8:58 AM
To: Logan Dakota Kai Blömqvist logan.blomqvist@icloud.com

**Air Quality/Irritants**: asthma; pulmonary sarcoidosis

**Attentiveness/Concentration**: ADHD-PI; refractory celiac disease; anxiety; depression; menorrhagia; adenomyosis; PTSD; iron deficiency anemia; clinically significant portal hypertension; misophonia

**Suppressed Immune System:** pulmonary sarcoidosis; iron deficiency anemia; refractory celiac disease; asthma

**Decreased Stamina/Fatigue**: LVH (left ventricular hypertrophy); pulmonary sarcoidosis; iron deficiency anemia; refractory celiac disease; depression; menorrhagia; adenomyosis; PTSD

**Stress**: sarcoidosis; PTSD; ADHD-PI; depression; anxiety; refractory celiac disease; clinically significant portal hypertension; misophonia

**Taking Medication**: LVH (left ventricular hypertrophy); pulmonary sarcoidosis; iron deficiency anemia; clinically significant portal hypertension

**Respiratory Distress/Breathing Problems**: pulmonary sarcoidosis; LVH (left ventricular hypertrophy); asthma; clinically significant portal hypertension; latex allergy

**Temperature**: LVH (left ventricular hypertrophy); pulmonary sarcoidosis; iron deficiency anemia; menorrhagia; adenomyosis

**Restroom/Grooming Issues**: interstitial cystitis; refractory celiac disease; clinically significant portal hypertension; menorrhagia; adenomyosis

**Light**: pulmonary sarcoidosis

**Noise**: misophonia; PTSD; anxiety

Exhibit G

**From:** Niklas Todd Myers <hockey_check@me.com>
**Subject: Urgent – Request for Immediate Access & ADA/Unruh Act Accommodation**
**Date:** September 8, 2025 at 5:01:11 PM PDT
**To:** customerservice@extraspace.com, zz 1296 Los Gatos - University Ave Site <fac1296@extraspace.com>, contact.center@dfeh.ca.gov, disability.rights@usdoj.gov
**Cc:** moreta.mendez@extraspace.com, info@extraspace.com


**Subject:** Urgent – Request for Immediate Access & ADA/Unruh Act Accommodation

Dear Ms. Mendez and Extra Space Storage Corporate,

I write regarding my lease for Unit #4060 at the Los Gatos facility (950 University Ave). Despite receiving a "move-out confirmation" I never authorized, I remain in full compliance with my lease and my account is paid in full with a $0 balance.


In addition, I authorize my mother, Logan Blömqvist, to speak on my behalf regarding my storage unit dispute with Extra Space Storage.

**Immediate Access Required**
Tonight, September 8, 2025, I must access my unit to retrieve essential personal property, including medically necessary items. Any refusal of access will cause irreparable harm to my health and well-being.

**Reasonable Accommodation Request**
As a person with documented disabilities, I hereby invoke my rights under:

- **Americans with Disabilities Act (ADA) Title III, 42 U.S.C. § 12182** (equal access to public accommodations),

- **California Unruh Civil Rights Act, Cal. Civ. Code § 51** (prohibiting arbitrary discrimination by business establishments), and

- **California Government Code § 11135** (state-funded programs must comply with ADA/§504 standards).

I request the following reasonable accommodations:

1. Immediate restoration of access to Unit #4060, including gate code functionality.

2. Assurance that I may enter the facility without retaliation or harassment.

3. Written confirmation that my lease remains valid and my account current.

**Civil Rights Complaints**
Because of Extra Space's unlawful actions, I am filing complaints with the **California Civil Rights Department (CRD)** and the **U.S. Department of Justice, Disability Rights Section**. This email will be included in those filings.

**Preservation of Evidence**
Please preserve all records, including emails, chat logs, and internal communications regarding my account.

I intend to arrive at the Los Gatos facility today, September 8, 2025, to retrieve necessary items. If I am denied access, this will be documented and added to my civil rights filings and forthcoming request for emergency injunctive relief in federal court.

Respectfully,


Todd Myers
Unit #4060 – Los Gatos Facility

Exhibit H

**From:** Logan Blömqvist logan.blomqvist@icloud.com
**Subject:** Proof of Extra Space Storage
**Date:** September 12, 2025 at 12:57 PM
**To:** Logan Dakota Kai Blömqvist logan.blomqvist@icloud.com



### SCHEDULE AUTOPAY FOR UNIT 4060    ✕

950 University Ave, Los Gatos, CA.
95032                                                 *Due 10/06/25*

Your payment of $108.00 will be scheduled for 10/06/25. You will be
charged on the 6th of each following month.

| | |
|---|---|
| Rent | $108.00 |
| Total | $108.00 |

**Select Payment Method**

Credit Card                                              ⌄

#### Billing Information

Billing address is the same as street address



STORAGE 101    Support    Company Info    📞 (888) 523

MY UNITS   PROFILE

Account #2006107187
Unit 4060

**ExtraSpace**Storage
# 950 UNIVERSITY AVE,
# LOS GATOS, CA, 95032
Gate Code  Restricted

**Today's Gate Hours**   **Today's Office Hours**
6:00am - 10:00pm      9:30am - 6:00pm
SEE ALL HOURS ⌄

📞 CALL (408) 442-0369
🕐 PAYMENT HISTORY
🚚 SCHEDULE MOVE OUT

| Unit | Size |
|------|------|
| 4060 | 5X4 |

SET UP AUTOPAY ⓘ          Pay Now

Due 10/06/25
**$108.00**

CAN'T FIND YOUR RENTAL?



**ExtraSpace**Storage                STORAGE 101   Support   Company Info   📞 (888) 523-(

MY UNITS   PROFILE                                      Account #2006107187
                                                        Unit 4060

**ExtraSpace**Storage
950 UNIVERSITY AVE,

GATE ACCESS RESTRICTED    ✕         CALL (408) 442-0369

Exhibit I

ESS Virtual Assistant
undefined sent at
14:17
Hi Todd Myers, I'm the ESS Virtual Assistant! Let me know what you'd like help with and I'll get you connected to the right person.
Todd Myers
You sent at
14:17
Chat agent

ESS Virtual Assistant
undefined sent at
14:17
Alright, connecting you with the next available storage expert! Please wait one moment.

Jaylen
Jaylen sent at
14:18
Hello, Todd. My name is Jaylen. I am happy to help.
Todd Myers
You sent at
14:18
Hi, Jaylen
Todd Myers
You sent at
14:20
I wanted to inquire if everything is ok with my account I just opened?
Todd Myers
You sent at
14:20
I got an email saying I needed to call the facility ASAP about my account but I'm studying and can't place a call right now

Jaylen
Jaylen sent at
14:21
I am happy to review your account. Let's pull up your account. Please verify your email and phone number.
Todd Myers
You sent at
14:23
Hockey_check@me.com
Todd Myers
You sent at
14:23
650-305-8556

Jaylen
Jaylen sent at
14:25

Thank you for providing your information. In the past, we have observed a pattern where a unit was rented, payments were stopped, and bankruptcy was subsequently filed. This behavior violates the lease agreement, and as a result, we will not be able to renew your lease.
Todd Myers
You sent at
14:27
Wait what? I already paid my storage fee and have items in there! This is retaliation e cause my mother has a lawsuit against them!

Jaylen
Jaylen sent at
14:29
I understand your concern and can see why this situation feels frustrating. If you believe this matter is related to a lawsuit, I recommend speaking with your lawyer or contacting our legal department:

Attn: Legal Department
Extra Space Storage
2795 E Cottonwood Parkway, Suite 300
Salt Lake City, UT 84121
Todd Myers
You sent at
14:31
What does that mean renew my lease? I just started this lease a few days ago.  Are you telling me I'm being kicked out of this unit today??

Jaylen
Jaylen sent at
14:35
Not renewing your lease means that you will need to vacate the unit. Your account notes do not indicate a specific vacate date, so I recommend calling the office at (408) 442-0369 for more information at your earliest convenience.
Todd Myers
You sent at
14:38
Can you advise the specific violations Los Gatos is alleging that I've violated?  Specifically which rule(s) and how a federally protected act like filing for bankruptcy in the past can be legally used against me in a retaliatory and discriminatory nature purely based on my association with my mother that has a lawsuit against them?

New


Jaylen
Jaylen sent at
14:40
If you have concerns about the violations of the lease agreement, potential retaliation, or discrimination, I recommend contacting your attorney, the local office, or reaching out directly to our legal department.

Exhibit J

**Dakota Blomqvist** ⌄

**Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)**

(http://stanfordhospital.org)



# Medical History

## Medical History

| DIAGNOSIS | WHEN |
|---|---|
| Hypertension in pregnancy, preeclampsia | 06/1993 |
| Anemia | |
| Asthma | |
| Inguinal hernia | |
| PUD (peptic ulcer disease) | 1989 |
| Liver mass | |
| ADHD (attention deficit hyperactivity disorder) | |
| Depression | |
| Anxiety | |
| Gluten intolerance | |

| DIAGNOSIS | Dakota Blomqvist ⌄ | WHEN |
|---|---|---|
| Bell's palsy | | 2011 |

Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)

| | | |
|---|---|---|
| Polyarthritis | | |
| Uveitis | | |
| Sarcoidosis | | 2011 |
| Breast adenoma | | 2013 |
| Personal history of allergy to latex | | |
| Atypical chest pain | | |
| Wheat allergy | | |
| Multiple food allergies | | |
| Exercise-induced asthma | | |
| Palpitations | | |
| Thyroid nodule | | 2020 |
| Syncope | | 2020 |
| Abdominal pain | | |
| Arthritis | | See MRN #22645683 |
| Eye disease | | |
| Disorder involving the immune mechanism, unspecified | | |
| Personal history of other specified conditions | | |
| Heart problem | | |

DIAGNOSIS                    **Dakota Blomqvist** ⌄                    WHEN

High blood pressure

Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)

Respiratory disorder

Stomach ulcer

Mental health disorder

Bleeding disorder

Stroke (CMS-HCC)

## Surgical History

| PROCEDURE | WHEN |
|---|---|
| HX PELVIC LAPAROSCOPY | 1995 |
| COLONOSCOPY DIAGNOSTIC | 09/2009 |
| IR LIVER BIOPSY | 11/2009 |
| CHEST BREAST BX | 06/12/2013 |
| BREAST BIOPSY WITH WIRE LOCALIZATION | 06/12/2013 |
| SMALL BOWEL CAPSULE ENDOSCOPY[ERP 14] | 05/21/2013 |
| EGD WITH OR WITHOUT BIOPSY | 04/16/2013 |
| BRONCHOSCOPY WITH ENDO BRONCHIAL ULTRASOUND | 06/04/2012 |
| LIVER RESECTION SEGMENTAL ENDOSCOPIC | 11/24/2009 |
| ABDOMINAL HERNIA INGUINAL REPAIR W MESH | 10/15/2015 |

| PROCEDURE | | WHEN |
|---|---|---|
| HX BREAST BIOPSY | | 1995 |

Dakota Blomqvist ⌄

Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)

| PROCEDURE | WHEN |
|---|---|
| HX BREAST BIOPSY | 2013 |
| MAMMO BREAST GUIDED BIOPSY STEREOTACTIC PRONE RIGHT | 11/30/2022 |
| HX OTHER SURGICAL HISTORY | |
| HX ABDOMINAL SURGERY | See MRN #22645683 |
| HX COLONOSCOPY | |
| HX ENDOSCOPY | |
| HX BREAST SURGERY | 2023 |

## Social History

Tobacco Use: **Never**

Tobacco Type:

Smokeless Tobacco Use: **Never**

Smokeless Tobacco Types:

Alcohol Use: **Never**

Standard Drinks / Week:

## Family Status

FAMILY MEMBER                                        CONDITIONS

| FAMILY MEMBER | Dakota Blomqvist ⌄ | CONDITIONS |
| --- | --- | --- |

**Nizhóní Johona Briceño-Westby (Mother)**
Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)
Alive

**Miika Sjöberg (Father)**
Alive

**Sister**
Alive

**Son**

**Zakk Lukas Sjöberg (Paternal Grandfather)**
Alive

**Sofia Nikola Håkansson (Paternal Grandmother)**
Alive

**Luka Zane Sjöberg  (Brother)**
Alive

## STANFORD HEALTH CARE

Find a Doctor (http://stanfordhealthcare.org/search-results.doctors.html)
Find Conditions & Treatments (https://stanfordhealthcare.org/directory/guided-search.html#x1=sp_type&q1=%20&page=1)
Find a Stanford Clinic (http://stanfordhealthcare.org/search-

## MYHEALTH SUPPORT

Take a Tour
MyHealth Service Desk

## MYHEALTH FAQ

General FAQ (https://stanfordhealthcare.org/for-patients-visitors/myhealth/faqs.html)
Account Activation FAQ (https://stanfordhealthcare.org/for-patients-visitors/myhealth/faqs.html#activation)

**Dakota Blomqvist** ⌄

**Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https:// info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)**

**(http://stanfordhospital.org)**

# Medicines



Below is a list of your medicines. You can add or remove medicines, manage your pharmacies, and request prescription renewals. If you have refills remaining, contact your pharmacy directly to refill a prescription. To change a pharmacy for a prescription, please message your care provider.

To update your list of preferred pharmacies:

**MANAGE MY PHARMACIES**

**Dakota Blomqvist** ⌄

diclofenac sodium 1 % topical gel (https://mychart.stanfordhealthcare.org/myhealth_sso/Home/ContentRedirect?urlGuid=f34731823f794a5597b43ffaebd86f7c&urlExtraInfo=WP-24Be1Fc-2BFD5OB5Gjbbzi5aA-2FeE3jUyC-2BTP6MMAuC-2F-2FDMk-3D-24etIaRiGPymuoSakDTkO30MTFo-2B-2FrpC8rLmiqf4VrHGE-3D)

Easily access and manage your health care. Require two factor verification. Learn how. » (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)

REQUEST RENEWAL

ⓘ Renewal Unavailable

Commonly known as Voltaren

Instructions: 4 g by Topical route 4 times a day

View More ⌄

buPROPion 100 mg sustained release tablet (https://mychart.stanfordhealthcare.org/myhealth_sso/Home/ContentRedirect?urlGuid=76d7f2bc04784a1d863463872e8a940b&urlExtraInfo=WP-2461FZjZqtv24uZGDMyw9pAJTC3AgQYQmgdX0mT-2FXCSUs-3D-24nJp5-2B4-2FrdXsl1tPf-2Fjc1p9owM5ANYh-2FQj5zjFNfh1fA-3D)

REQUEST RENEWAL

ⓘ Renewal Unavailable

Commonly known as WELLBUTRIN-SR

Instructions: Take 1 tablet (100 mg total) by mouth every day

View More ⌄

**Dakota Blomqvist** ✓

FLUoxetine 20 mg tablet (https://
mychart.stanfordhealthcare.org/myhealth_sso/
Home/ContentRedirect?
urlGuid=2fb18bfdf7b44de4bf60e5f4e8aa2e2c&urlExtraInfo=WP-
2461FZjZqtv24uZGDMyw9pAFrNT8p71RUk8979hSAvxkc-
3D-24BcGbZP-
2B91nrlVmbxPCS9x8sExaIdDdKsjuE43KsTSTA-3D)

Commonly known as PROzac

**Instructions:** Take 1 tablet (20 mg total) by mouth daily

REQUEST RENEWAL

ⓘ Renewal Unavailable

View More ⌄

hydrOXYzine HCL 25 mg tablet (https://
mychart.stanfordhealthcare.org/myhealth_sso/
Home/ContentRedirect?
urlGuid=209035c0b3884f8c8e882175a8400ef9&urlExtraInfo=WP-
2461FZjZqtv24uZGDMyw9pAJRl7Y-
2FBk5D9KJn5xN4qUdU-3D-
24OoZE0tJxj3laY3wi80Vv1-
2F10Lx8iYHuNWSiaDoO-2Bliw-3D)

Commonly known as Atarax

**Instructions:** Take 1 tablet (25 mg total) by mouth 4 times a
day as needed for Anxiety

REQUEST RENEWAL

ⓘ Renewal Unavailable

View More ⌄

**Dakota Blomqvist** ⌄

albuterol 90 mcg/actuation HFA inhaler (https://

Easily take info for your MyChart account verification. Learn how. » (https://
info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)

mychart.stanfordhealthcare.org/myhealth_sso/
Home/ContentRedirect?
urlGuid=b3e922fd806349c9b3075d2e316a9e52&urlExtraInfo=WP-
2461FZjZqtv24uZGDMyw9pAEtp2IDu6UGHOAOyg64TWE0-
3D-24CauRpGiPiMEc4cn8J6vzpnw6OQehnMFK-
2BmSHK3y9TXY-3D)

REQUEST RENEWAL

🛈 Renewal Unavailable

**Instructions:** 2 puffs by Inhalation route every 4 hours as
needed

View More ⌄

nitroglycerin 0.4 mg sublingual tablet (https://
mychart.stanfordhealthcare.org/myhealth_sso/
Home/ContentRedirect?
urlGuid=363924d5680d4a96bb291352317391f1&urlExtraInfo=WP-
2461FZjZqtv24uZGDMyw9pAA2dnA7xvcmBq7k-
2BAzvaHfA-3D-242glXd8Fn0-2FUFqOz0-2F-2FgU1j-
2BNsYrYQT8uWvYF-2BnaqF2Q-3D)

REQUEST RENEWAL

🛈 Renewal Unavailable

Commonly known as Nitrostat

**Instructions:** Place 1 tablet (0.4 mg total) under the tongue
and let dissolve as needed

View More ⌄

**Dakota Blomqvist** ⌄

**celecoxib 200 mg capsule (https://mychart.stanfordhealthcare.org/myhealth_sso/Home/ContentRedirect?urlGuid=14a083ef67394783930e399dcca88f94&urlExtraInfo=WP-2461FZjZqtv24uZGDMyw9pAOeI4-2FwCOJK4WjJnl7pQnBs-3D-24qPYoAL4lXhXLnnMVipLOvWdow3KIKgdvz1ujL16-2BMsM-3D)**

Commonly known as CeleBREX

**Instructions:** Take 1 capsule (200 mg total) by mouth daily

REQUEST RENEWAL

ⓘ Renewal Unavailable

Easily access a summary of your health record. Turn on two-factor verification. Learn how. » (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)

View More ⌄

**metoprolol succinate 50 mg extended release tablet (https://mychart.stanfordhealthcare.org/myhealth_sso/Home/ContentRedirect?urlGuid=41bf3ec45efe43529910642f07c75088&urlExtraInfo=WP-24EZrzamUPxWC3m-2BROESlTdQmTsQ76CnbwOPwNHKskfjc-3D-24taWZ-2Bz-2FzPfUALX-2BTCt7-2BwHVDhQ8MarVB1K7FXT32f50-3D)**

Commonly known as Toprol XL

**Instructions:** Take 1 tablet (50 mg total) by mouth daily

REQUEST RENEWAL

ⓘ Renewal Unavailable

View More ⌄

Case 5:25-cv-07867-EKL   Document 1   Filed 09/16/25   Page 70 of 84

**Dakota Blomqvist** ⌄

## lisinopriL-hydrochlorothiazide 10-12.5 mg tablet (https://mychart.stanfordhealthcare.org/ myhealth_sso/Home/ContentRedirect? urlGuid=fc0e4421937c4fa8b2d5c5612f836c88&urlExtraInfo=WP-247y4UKFmU7fpFeLa1oBywqAEAAUAerM49CNozZmnjoTg-3D-24RSqMfKGczhsCF7uL5mCRwmSMNzaiCSXBtuEavFrieLU-3D)

Easily set/modify your to-do list and edit account viewing/factor verification. Learn how. » (https:// info.stanfordhealthcare.org/content/myhealth/on/twofactor.html)

REQUEST RENEWAL

Commonly known as PRINZIDE

**Instructions:** Take 2 tablets by mouth daily

View More ⌄

## methotrexate 2.5 mg chemo tablet (https:// mychart.stanfordhealthcare.org/myhealth_sso/ Home/ContentRedirect? urlGuid=b444de19c4c44f8a9edcfae443d49979&urlExtraInfo=WP-247y4UKFmU7fpFeLa1oBywqFjjy-2FfD0R4-2F23ZlrDWVXIw-3D-24uIzbxI5jLKT-2FsPpjlqLc0BSA1p3Tjb7bKI8T7qKYuek-3D)

REQUEST RENEWAL

🛈 Renewal
Requested
9/10/2025

**Instructions:** Take 6 tablets (15 mg total) by mouth every 7 days

View More ⌄

Dakota Blomqvist ˅

**leucovorin 10 mg Tabs (https://**

Easily mychart.stanford healthcare.org/myhealth_sso erification. Learn how. » (https://
info.stanford healthcare.org/content/myhealth/op/twofactor.html)
Home/ContentRedirect?

**urlGuid=9ac9d7e8e30f445ea468905103b33942&urlExtraInfo=WP-**
**24bha3YR5lbJYT1xNh8tOr23PDuf-**
**2BqqZ4BS1tWcA4vq8Q-3D-24OMDeSFMbaZEYn-**
**2Bm1oPaZTKhS-2Fl-2Fv3-2FkeOcn8eg-2FiU78-3D)**

REQUEST RENEWAL

🛈 Renewal
Requested
9/10/2025

Commonly known as WELLCOVORIN

**Instructions:** Take 1 tablet (10 mg total) by mouth every day
Take one tablet per week on the day you take methotrexate.

View More ˅

---

**lidocaine 5 % patch (https://**
**mychart.stanfordhealthcare.org/myhealth_sso/**
**Home/ContentRedirect?**
**urlGuid=19d63644b0ef41e9a484d41b2b16775a&urlExtraInfo=WP-**
**24bha3YR5lbJYT1xNh8tOr25Vv64lYMH2jTbkNdRdt5Yw-**
**3D-**
**24WyjZRtOX5LkCOynucEcrVAfOgQaObsylpelPWJvkzRM-**
**3D)**

REQUEST RENEWAL

Commonly known as Lidoderm

**Instructions:** Apply 1 patch to skin daily

View More ˅

**Dakota Blomqvist** ⌄

methylphenidate 36 mg sustained release tablet

Easily stay connected to your providers and care team. » (https:// info.stanfordhealthcare.org/content/myhealth/onlinefactor.html)

Easily set up your Stanford Health Care two-factor verification. Learn how. » (https:// info.stanfordhealthcare.org/content/myhealth/onlinefactor.html)

(https://mychart.stanfordhealthcare.org/
myhealth_sso/Home/ContentRedirect?
urlGuid=f4dbb6041441489993f5f3d8c228d81d&urlExtraInfo=WP-
24yoK4Vn8XEurquaNNg3JgQcIQnRvLwtwP2l31f1jHpro-
3D-24OY6qjIcl-
2Bka5xtSG3AyR9iltEpM9mLw4075KcyBd5eM-3D)

REQUEST RENEWAI

Commonly known as Concerta

**Instructions:** Take 1 tablet (36 mg total) by mouth daily

View More ⌄

EPINEPHrine 0.3 mg/0.3 mL injector (https://
mychart.stanfordhealthcare.org/myhealth_sso/
Home/ContentRedirect?
urlGuid=6a7f69fed4f44d6e8247953e57bf7b04&urlExtraInfo=WP-
24yoK4Vn8XEurquaNNg3JgQckMvV-
2FBSuEYioV6SmiWZPQ-3D-24uMjXwpsSY-
2FB9mmzkt-2FdIM3ICtMTE5fZ5pKpm-2BC8eIZM-
3D)

REQUEST RENEWAI

**Instructions:** Inject 0.3 mL (0.3 mg total) into a muscle once
as needed (anaphylaxis)

View More ⌄

**Dakota Blomqvist** ⌄

# cetirizine 10 mg tablet (https://

mychart.stanfordhealthcare.org/myhealth-sso

Easily access your medical records without a username with two-step verification. Learn how. » (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)

**Home/Content/redirect?**

urlGuid=cb86213b6e484b4c82efa19732443ec2&urlExtraInfo=WP-24yoK4Vn8XEurquaNNg3JgQbg-2B5RjxZi51Q6W6kVndBcl-3D-24E-2BOhje8xHEZ4E4S80xGRB9EamSY8DhBFodiCQ4EoCzg-3D)

REQUEST RENEWAl

Commonly known as ZyrTEC

**Instructions:** Take 1 tablet (10 mg total) by mouth daily

View More ⌄

## Add or Remove Medicines (/signedin/records/medications/edit)

Personal Notes

**STANFORD HEALTH CARE**

Find a Doctor (http://stanfordhealthcare.org/search-results.doctors.html)

Find Conditions & Treatments (https://stanfordhealthcare.org/directory/guided-search.html#x1=sp_type&q1=%20&page=1)

Find a Stanford Clinic (http://stanfordhealthcare.org/search-results.clinics.html)

**MYHEALTH SUPPORT**

Take a Tour

MyHealth Service Desk

**MYHEALTH FAQ**

General FAQ (https://stanfordhealthcare.org/for-patients-visitors/myhealth/faqs.html)

Account Activation FAQ (https://stanfordhealthcare.org/for-patients-visitors/myhealth/faqs.html#activation)

Messaging FAQ (https://

**Dakota Blomqvist** ⌄

Easily add extra security to your MyHealth account with 2-factor verification. Learn how. (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)

stanfordhealthcare.org/for-patients-visitors/myhealth/faqs.html#messaging)

Test Results FAQ (https://stanfordhealthcare.org/for-patients-visitors/myhealth/faqs.html#test-results)

Technical FAQ (https://stanfordhealthcare.org/for-patients-visitors/myhealth/faqs.html#technical)

Billing FAQ (https://stanfordhealthcare.org/for-patients-visitors/myhealth/faqs.html#billing)

(https://stanfordhealthcare.org)

Terms of Use

Privacy Policy (https://stanfordhealthcare.org/for-patients-visitors/myhealth/privacy-policy.html)

© 2025 Stanford Health Care. All rights reserved.

**Dakota Blomqvist** viewing **Todd Myers** ⌄

<u>**Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://
info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)**</u>

**(http://stanfordhospital.org)**

# Medicines (Todd Myers)



Below is a list of your medicines. You can add or remove medicines, manage your pharmacies, and request prescription renewals. If you have refills remaining, contact your pharmacy directly to refill a prescription. To change a pharmacy for a prescription, please message your care provider.

To update your list of preferred pharmacies:

**MANAGE MY PHARMACIES**

Dakota Blomqvist viewing **Todd Myers**

**Nebulizer & Compressor For Neb DEVI (https://** ⌄

**mychart.stanfordhealthcare.org/myhealth_sso/**

**Home/ContentRedirect?**

Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://
info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)

**urlGuid=fc8cf948ac984269b2f1b3cedbcc9dcc&urlExtraInfo=WP-**
**24pFczFRhuPWOcW2Vv2Ytjv8YRuqsC637dtndgqGkmhLs-**
**3D-24V50wfsO-**                                              REQUEST RENEWAI
**2BFTouHw1Ab4sAfrAHSbCHJz5UUNKQdbXJ85k-**
**3D)**

**Instructions:** 1 Device by Misc.(Non-Drug; Combo Route)
route daily as needed (use with nebulizer solution daily as
needed for shortness of breath)

View More ⌄

**albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution**
**(https://mychart.stanfordhealthcare.org/**
**myhealth_sso/Home/ContentRedirect?**
**urlGuid=6aa5f83f53ee46f897e475becfd6f4c3&urlExtraInfo=WP-**
**24pFczFRHuPWOcW2Vv2YtjvxhGL-**                              REQUEST RENEWAI
**2Bp9eGxnZ9eOWSNVIgo-3D-**
**24QbhKVyBz4dWyk5PCijqveOH1JNStj6ozfdVNQ2cxgmk-**
**3D)**

**Instructions:** 3 mL (2.5 mg total) by Nebulization route every
4 hours as needed for Bronchospasm/Wheezing

View More ⌄

Dakota Blomqvist viewing **Todd Myers**

## Qvar RediHaler 80 mcg/actuation Hfab inhaler ⌄ (https://mychart.stanfordhealthcare.org/myhealth_sso/Home/ContentRedirect? urlGuid=96598f0dce60427ea4af73af1d9efe52&urlExtraInfo=WP-24u89mnLhRsdegz6Ohgx2f8NZ5oPNjUjbKurQnG41-2BBFQ-3D-24U5K02hhw0j8xjjoELW6ugYU6cyGBqf-2BywawQ3oG9ZyE-3D)

Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://
info.stanfordhealthcare.org/content/myhealth/optional-2factor.html)

REQUEST RENEWAl

Generic name beclomethasone dipropionate

**Instructions:** 1 puff by Inhalation route 2 times a day INHALE ONE PUFF BY MOUTH TWICE A DAY

View More ⌄

## albuterol 90 mcg/actuation HFA inhaler (https:// mychart.stanfordhealthcare.org/myhealth_sso/ Home/ContentRedirect? urlGuid=830e5ca2763048c58b6bf6a49134a6e1&urlExtraInfo=WP-24u89mnLhRsdegz6Ohgx2f8BzS8onSKtY8GBrYDSjx0LA-3D-24O8eE8cb1HL81nLNVHaiHABT6C52mwRMpzvxlliRgD-2FA-3D)

REQUEST RENEWAl

**Instructions:** Inhale 1-2 puffs every 4-6 hours as needed for shortness of breath

View More ⌄

**Dakota Blomqvist** viewing **Todd Myers**

# Concerta 36 mg sustained release tablet (https://mychart.stanfordhealthcare.org/myhealth_sso/Home/ContentRedirect?

Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://stanfordhealthcare.org/content/myhealth/op/twofactor.html)

urlGuid=37af2c1b7fa24d5aae74271471727f7d&urlExtraInfo=WP-24u89mnLhRsdegz6Ohgx2f8B-2FGF-2FhxPTeiO8bV9UKul70-3D-24kwt-2BHp6BUSxrWSI0WaTbbptYA4GEVycOkyJQjGT8Kcg-3D)

**REQUEST RENEWAL**

Generic name methylphenidate

**Instructions:** Take 1 tablet (36 mg total) by mouth every day
NO ADDITIONAL REFILLS WITHOUT APPOINTMENT

View More ⌄

## Add or Remove Medicines (/signedin/records/medications/edit)

**Personal Notes**

**STANFORD HEALTH CARE**

Find a Doctor (http://stanfordhealthcare.org/search-results.doctors.html)

Find Conditions & Treatments (https://stanfordhealthcare.org/directory/guided-search.html#x1=sp_type&q1=%20&page=1)

Find a Stanford Clinic (http://stanfordhealthcare.org/search-

**MYHEALTH SUPPORT**

Take a Tour

MyHealth Service Desk

**MYHEALTH FAQ**

General FAQ (https://stanfordhealthcare.org/for-patients-visitors/myhealth/faqs.html)

Account Activation FAQ (https://stanfordhealthcare.org/for-patients-visitors/myhealth/faqs.html#activation)

**Dakota Blomqvist** viewing **Todd Myers**

**Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)**

(http://stanfordhospital.org)

# Medical History (Todd Myers)



## Medical History

DIAGNOSIS                                                                                      WHEN

Asthma, exercise induced

Anxiety

Arthritis

ADHD (attention deficit hyperactivity disorder)

Dyscalculia

Non-verbal learning disorder

ASD (atrial septal defect)

Seasonal allergies

## Surgical History

Dakota Blomqvist <sup></sup> viewing **Todd Myers** ⌄

Easily add extra security to your MyHealth account with 2-factor verification. Learn how. » (https://info.stanfordhealthcare.org/content/myhealth/op/twofactor.html)

## Social History

Tobacco Use: **Never**

Tobacco Type:

Smokeless Tobacco Use: **Never**

Smokeless Tobacco Types:

Alcohol Use: **Yes**

Standard Drinks / Week:

## Family Status

| FAMILY MEMBER | CONDITIONS |
| --- | --- |
| **Mother** | Other; *sarcoid* |

**STANFORD HEALTH CARE**

Find a Doctor (http://stanfordhealthcare.org/search-results.doctors.html)

**MYHEALTH SUPPORT**

Take a Tour
MyHealth Service Desk

**MYHEALTH FAQ**

General FAQ (https://stanfordhealthcare.org/for-patients-visitors/myhealth/

Exhibit K



LOS GATOS, CA, 95032

To discuss your account details and regain access, please contact us immediately or visit the office.

**CALL STORE**

| Unit | Size | | Due 10/08/25 |
|------|------|--|--------------|
| 4060 | 5X4 | SET UP AUTOPAY · Pay Now | $108.00 |

CAN'T FIND YOUR RENTAL?



ExtraSpace Storage

STORAGE 101    Support    Company Info    📞 (888) 523-...

MY UNITS    PROFILE

Account #2004081861
Unit L101

**Access Restricted: Overdue Payment**    ···

ExtraSpaceStorage
**241 W SUNNYOAKS AVE, CAMPBELL, CA, 95008**

Gate Code: Restricted ⓘ

Today's Gate Hours    Today's Office Hours
6:00am - 10:00pm    9:30am - 6:00pm

SEE ALL HOURS ⌄

📞 CALL (408) 688-7257
🕐 PAYMENT HISTORY
SCHEDULE MOVE OUT

| Unit | Size | | Scheduled Payment Failed |
|------|------|--|--------------------------|
| L101 | 8X10 | SET UP AUTOPAY · Pay Now | Due 08/04/25 $699.50 |

**PAYMENT HISTORY**    ✕

241 W Sunnyoaks Ave, Campbell, CA, 95008

Filter By ⌄

| Unit | Date | Confirmation | Total/Receipt |
|------|------|--------------|---------------|
| | 09/08/2025 | 319818624 | |
| L101 | 09/04/2025 | 319392828 | |
| | 08/15/2025 | 315023413 | |
| L101 | 08/09/2025 | 313993650 | $-290.00 View |
| L101 | 08/04/2025 | 313951281 | $290.00 View |
| L101 | 08/04/2025 | 313958847 | |
| L101 | 07/05/2025 | 307276773 | $200.00 View |

Scheduled Payment Failed



EXHIBIT I

General Assistance
1919 SENTER RD
SAN JOSE, CA 95112-2631

**COUNTY OF SANTA CLARA**

Date: 09/12/2025
Case Name: Logan Blomqvist
Case Number: 1B5PW15
Worker Name: C. Washington
Worker ID: 43LS0Q3U0B
Worker Phone Number: (408) 793-8910

## VERIFICATION OF BENEFITS

LOGAN BLOMQVIST

101 S SANTA CRUZ AVE

Unit # 488

LOS GATOS, CA 95031-4099

Physical Address:

Home Phone Number: (650) 245-5541

| Monthly Benefits | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month/Year | CalWORKs | GA/GR | RCA | CAPI | Cash Aid Assistance Unit Size | CalFresh | CF Household Size | MC | CMSP | MC Household Size |
| 09/2024 | | | | | | 308.00 | 2 | Y | N | 2 |
| 10/2024 | | 72.58 | | | 1 | 437.00 | 2 | Y | N | 2 |
| 11/2024 | | 150.00 | | | 1 | 437.00 | 2 | Y | N | 2 |
| 12/2024 | | 150.00 | | | 1 | 370.00 | 2 | Y | N | 2 |
| 01/2025 | | 150.00 | | | 1 | 370.00 | 2 | Y | N | 2 |
| 02/2025 | | 150.00 | | | 1 | 370.00 | 2 | Y | N | 2 |
| 03/2025 | | 150.00 | | | 1 | 370.00 | 2 | Y | N | 2 |
| 04/2025 | | 193.00 | | | 1 | 360.00 | 2 | Y | N | 2 |
| 05/2025 | | 343.00 | | | 1 | 342.00 | 2 | Y | N | 2 |
| 06/2025 | | 343.00 | | | 1 | 342.00 | 2 | Y | N | 2 |
| 07/2025 | | 343.00 | | | 1 | 342.00 | 2 | Y | N | 2 |
| 08/2025 | | 343.00 | | | 1 | 342.00 | 2 | Y | N | 2 |
| 09/2025 | | 343.00 | | | 1 | 342.00 | 2 | Y | N | 2 |

CSF 142 (10/2020)

## Current Household Details

| Name | DOB | Aid Code | In the Home | CF | CW | GA /GR | CAPI | OHC | Medi-Cal | CMSP | MC/CMSP SOC |
|------|-----|----------|-------------|----|----|--------|------|-----|----------|------|-------------|
| Logan Blomqvist | 04/04/1972 | M1 | Y | Y | N | N | N | N | Y | N | 0.00 |
| TODD MYERS | 06/01/1993 | M1 | Y | Y | N | N | N | N | Y | N | 0.00 |

## Comments

CSF 142 (10/2020)