UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOGAN DAKOTA KAI BLOMQVIST, et al.,

Plaintiffs,

v.

EXTRA SPACE STORAGE, INC., et al.,

Defendants.

Case No. 5:25-cv-07867-EKL

**ORDER TO SHOW CAUSE**

On March 3, 2026, the Court set an initial case management conference for June 3, 2026, and required that the parties file a joint case management statement by May 20, 2026.  ECF No. 30.  The parties failed to file a joint case management statement by this date.  On May 27, 2026, the Court vacated the initial case management conference and ordered the parties to file a joint case management statement by June 10, 2026.  ECF No. 31.  The Court advised that if the parties missed this deadline, the Court would order the parties to show cause regarding their failure to follow court orders.  *Id.*  The parties failed to file a joint case management statement by June 10, 2026.

On June 23, 2026, Defendants' counsel of record, Robert J. Scott, Jr., filed a statement indicating that he had emailed Plaintiffs to meet and confer on several occasions after March 3, 2026, including an email on May 27, 2026, after the Court vacated the initial case management conference.  ECF No. 32.  In light of Defendants' filing, the Court will not issue an order to show cause as to Defendants.  Defendants are reminded of their obligation to comply with the Court's orders in a *timely* manner.

Plaintiffs are ORDERED TO SHOW CAUSE, if any, why the case should not be dismissed for failure to prosecute.  Plaintiffs are required to file a written response on or before **July 22, 2026**.  Plaintiffs must also contact Defendants' counsel to meet and confer and then file

an amended joint case management statement by **July 22, 2026**.  Plaintiffs' failure to file a written response to the order to show cause by July 22, 2026, will result in the dismissal of this action without prejudice.

   **IT IS SO ORDERED.**

Dated: June 29, 2026

Eumi K. Lee
United States District Judge